No. 25-1393

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

D.V.D., *et al.*,

*Plaintiffs-Appellees*,

v.

U.S. Department of Homeland Security, *et al.*,

*Defendants-Appellants*.

On Appeal from the United States District Court
for the District of Massachusetts

# DEFENDANTS' MOTION TO ENLARGE WORD COUNT OF THEIR MOTION FOR AN <u>EMERGENCY STAY PENDING APPEAL</u>

YAAKOV M. ROTH
*Acting Assistant Attorney General*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

ANTHONY P. NICASTRO
*Acting Director*

ELIANIS N. PEREZ
*Assistant Director*

MATTHEW P. SEAMON
MARY L. LARAKERS
*Senior Litigation Counsel*
U.S. Department of Justice,
Civil Division
Office of Immigration
Litigation
P.O. Box 868,
Ben Franklin Station
Washington, DC 20044

Defendants respectfully request a 1,000-word enlargement of the 5,200-word limit for its forthcoming Motion for an Emergency Stay Pending Appeal. *See* Fed. R. App. P. 27(d)(2)(A). This request is for good cause. The district court's memorandum order enjoining the government, on a nationwide basis, from removing members of the class is 48 (forty-eight) pages. It raises many complex questions of immigration law, including those concerning its subject-matter jurisdiction. *See* ECF No. 64. Defendants require more words to adequately address the district court's numerous legal errors in this complex area of immigration law. Accordingly, Defendants respectfully request that this Court grant their motion to enlarge the word limit by 1,000 words. Should this Court grant this request, Defendants request that this Court likewise grant Plaintiffs a commensurate 1,000-word enlargement for their opposition to Defendants' motion.

Undersigned counsel for the government contacted counsel for Plaintiffs who indicated, via email, that they consent to this request.

Dated: April 22, 2025  Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney General

ANTHONY P. NICASTRO
Acting Director

ELIANIS N. PEREZ
Assistant Director

MATTHEW P. SEAMON
Senior Litigation Counsel

/s/*Mary L. Larakers*
MARY L. LARAKERS
(Texas Bar # 24093943)
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov

# CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion contains 153 words. The motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5) and (6) because it has been prepared using Microsoft Word 2016 in proportionally spaced 14-point Times New Roman typeface.

                                                 */s/ Mary L. Larakers*  
                                                 MARY L. LARAKERS