# United States Court of Appeals
## For the First Circuit

---

No. 25-1393

D.V.D.; M.M.; E.F.D.; O.C.G.,

Plaintiffs - Appellees,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary of Department of Homeland Security (DHS); PAMELA BONDI, United States Attorney General; ANTONE MONIZ, Superintendent of the Plymouth County Correctional Facility,

Defendants - Appellants.

---

**ORDER OF COURT**

Entered: April 23, 2025
Pursuant to 1st Cir. R. 27.0(d)

The court is in receipt of defendants-appellants' emergency motion for stay pending appeal. Plaintiffs-appellees are directed to file their response thereto by 5:00 p.m. on April 28, 2025. Any reply shall be filed by 5:00 p.m. on May 1, 2025.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart, Abraham R George, Elianis N. Perez, Matthew Patrick Seamon, Mary Larakers, Mark Sauter, Yaakov Roth, Aysha Iqbal, Daniel Cappelletti, Trina A. Realmuto, Mary A. Kenney, Kristin Macleod-Ball, Tomas Arango, Aaron Korthuis, Anwen Hughes, Glenda M. Aldana Madrid, Leila Kang, Matthew H. Adams