No. 25-1393
_____

UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT
_____

D.V.D. *et al.*,

Plaintiffs-Appellees,

v.

U.S. Department of Homeland Security *et al.*,

Defendants-Appellants.
_____

On Appeal from an Order of the United States District Court
for the District of Massachusetts
_____

**PLAINTIFFS-APPELLEES' MOTION TO ENLARGE WORD COUNT OF THE OPPOSITION TO DEFENDANTS' MOTION FOR AN EMERGENCY STAY PENDING APPEAL**
_____

| | |
|---|---|
| Matt Adams | Trina Realmuto |
| Leila Kang | Kristin Macleod-Ball |
| Aaron Korthuis | Mary Kenney |
| Glenda M. Aldana Madrid | Tomás Arango |
| Northwest Immigrant Rights Project | National Immigration Litigation Alliance |
| 615 Second Avenue, Suite 400 | 10 Griggs Terrace |
| Seattle, WA 98104 | Brookline, MA 02446 |
| | trina@immigrationlitigation.org |
| Anwen Hughes | |
| Human Rights First | |
| 75 Broad Street, 31st Floor | |
| New York, NY 10004 | |

*Counsel for Plaintiffs-Appellees*

Plaintiffs respectfully request a 1,000-word enlargement of the 5,200-word limit for their Opposition to Defendants' Motion for an Emergency Stay Pending Appeal. *See* Fed. R. App. P. 27(d)(2)(A). There is good cause to grant the request. On April 22, 2025, prior to filing their Motion for an Emergency Stay Pending Appeal, Defendants moved this Court for a 1,000-word enlargement for their Motion, which Plaintiffs did not oppose. In that motion, Defendants requested that the Court grant Plaintiffs a commensurate 1,000-word enlargement for their opposition motion. This Court has not yet ruled on Defendants' motion for an enlargement of the word limit.

Defendants' Motion for an Emergency Stay Pending Appeal exceeded the word limit by approximately 1,000 words. In order to adequately respond to the over-length motion, Plaintiffs seek a commensurate enlargement of the word limit for their response.

Undersigned counsel contacted Defendants' counsel who indicated that Defendants consent to this motion.

Respectfully submitted,

s/ *Trina Realmuto*

Tomas Arango
Kristin Macleod-Ball
Mary Kenney
Tomás Arango
NATIONAL IMMIGRATION
 LITIGATION ALLIANCE
10 Griggs Terrace
Brookline, MA, 02446
(617) 819-4447
trina@immigrationlitigation.org

Matt Adams
Leila Kang
Aaron Korthuis
Glenda M. Aldana Madrid
NORTHWEST IMMIGRANT
 RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611
matt@nwirp.org

Anwen Hughes  
HUMAN RIGHTS FIRST  
75 Broad Street, 31st Floor  
New York, NY 10004  
(212) 845-5244  
HughesA@humanrightsfirst.org  

*Attorneys for Plaintiffs-Appellants*

Dated: April 27, 2025

**CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing motion complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion contains 151 words. The motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5) and (6) because it has been prepared using Microsoft Word for Office 365 in proportionally spaced 14-point Times New Roman typeface.

s/ *Trina Realmuto*
Trina Realmuto
trina@immigrationlitigation.org