# United States Court of Appeals
### For the First Circuit

No. 25-1393

D.V.D.; M.M.; E.F.D.; O.C.G.,

Plaintiffs - Appellees,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary of Department of Homeland Security (DHS); PAMELA BONDI, United States Attorney General; ANTONE MONIZ, Superintendent of the Plymouth County Correctional Facility,

Defendants - Appellants.

**NOTICE**

Issued: May 13, 2025

By a previously issued Notice, the clerk's office warned that it would no longer send paper copies of court documents to those attorneys who had not registered for a CM/ECF account in this court.

The following attorneys have failed to register for an account and will no longer receive notice in this case:

Anwen Hughes
Yaakov Roth
Daniel Cappelletti
Aysha Iqbal

The following attorneys will continue to receive notice in this case:

Matthew H. Adams
Glenda M. Aldana Madrid
Tomas Arango
Abraham R. George
Leila Kang
Mary A. Kenney
Aaron Korthuis
Mary Larakers
Donald Campbell Lockhart

Kristin Macleod-Ball
Elianis N. Perez
Trina A. Realmuto
Mark Sauter
Matthew Patrick Seamon

    Please note that any attorney who has been removed from the service list, and later wishes to resume receiving notice, must register for a CM/ECF account and enter a notice of appearance in this case.

                                    Anastasia Dubrovsky, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager: Jennifer - (617) 748-9885

cc:
Matthew H. Adams
Glenda M. Aldana Madrid
Tomas Arango
Daniel Cappelletti
Abraham R. George
Anwen Hughes
Aysha Iqbal
Leila Kang
Mary A. Kenney
Aaron Korthuis
Mary Larakers
Donald Campbell Lockhart
Kristin Macleod-Ball
Elianis N. Perez
Trina A. Realmuto
Yaakov Roth
Mark Sauter
Matthew Patrick Seamon