

**U.S. Department of Justice**

*Civil Division*

*Washington, D.C. 20044*

---

VIA E-FILING                                                                 May 16, 2025

Hon. Anastasia Dubrovsky
Clerk of Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

**Re:** ***D.V.D., et al., v. U.S. Department of Homeland Security, et al.,* No. 25-1393**
       **Notice of Errata**

Dear Ms. Dubrovsky:

  The Government provides notice of an error in the May 25, 2025 Declaration of Brian Ortega cited in its Motion For a Stay Pending Appeal and Immediate Administrative Stay. *See e.g.,* Br. at 4-5 (citing ECF No. 31-1).[1] Citing the May 25, 2025 Declaration of Brian Ortega, the Government stated that Plaintiff O.C.G. was removed to Mexico "after the Department of Homeland Security (DHS) gave him notice that he was being removed to Mexico and he did not assert a fear of return to that country." Br. at 4-5. While this statement is no longer supported by Brian Ortega's declaration, it remains supported by Plaintiff O.C.G.'s declaration which states an "immigration officer told [him] that he was being deported to Mexico." Declaration of O.C.G., ECF No. 8-4 at ¶ 9. This error does not impact any of the Government's substantive arguments in this appeal. *See generally,* Br.

---

[1] Defendants have contemporaneously filed a declaration and a corresponding notice in the district court correcting the error. *See* ECF No. 103.

May 16, 2025
Page 2

    Regards,

    YAAKOV M. ROTH
    Acting Assistant Attorney General

    DREW C. ENSIGN
    Deputy Assistant Attorney General

    ELIANIS N. PEREZ
    Assistant Director

    <u>/s/*Mary L. Larakers*</u>
    MARY L. LARAKERS
    (Texas Bar # 24093943)
    Senior Litigation Counsel
    U.S. Department of Justice, Civil Division
    Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    (202) 353-4419
    (202) 305-7000 (facsimile)
    mary.l.larakers@usdoj.gov

## CERTIFICATE OF SERVICE

      I, Mary Larakers, Senior Litigation Counsel, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

|  |  |
|---|---|
|  | /s/ *Mary L. Larakers* |
|  | Mary L. Larakers |
| Dated: May 16, 2025 | Senior Litigation Counsel |