No. 25-1393

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

———————

D.V.D., *et al.*,

*Plaintiffs-Appellees*,

v.

U.S. Department of Homeland Security, *et al.*,

*Defendants-Appellants*.

———————

On Appeal from the United States District Court
for the District of Massachusetts

———————

**MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF
AND APPENDIX**

| | |
|---|---|
| BRETT A. SHUMATE<br>*Assistant Attorney General* | MATTHEW P. SEAMON<br>MARY L. LARAKERS<br>*Senior Litigation Counsel* |
| DREW C. ENSIGN<br>*Deputy Assistant Attorney General* | U.S. Department of Justice,<br>Civil Division<br>Office of Immigration<br>Litigation |
| ELIANIS N. PEREZ<br>*Assistant Director* | P.O. Box 868,<br>Ben Franklin Station<br>Washington, DC 20044 |

Pursuant to Federal Rule of Appellate Procedure 27 and First Circuit Local Appellate Rule 31.0, Appellants respectfully move for a fifteen (15) day extension of time, up to and including July 15, 2025, to file their opening brief and appendix. If the Court grants this extension, Appellants' responsive brief would be due on July 15, 2025. This is Appellants' first request for an extension. Good cause exists for this motion as follows:

1. Litigation of this case in the district court continues at a swift pace despite this appeal. The parties are currently engaging in expedited discovery in which Appellants' written responses to twenty (20) requests for admission and fifteen (15) interrogatories are due on June 27, 2025. ECF No. 156. Moreover, Appellants must produce documents in response to twenty-three (23) requests for production by July 13, 2025. *Id.* Appellants' opposition to an intervenor's motion to unseal certain district court filings—including a declaration from Secretary of Defense Pete Hegseth—is also due on June 27, 2025.[1] *See* ECF Nos. 159, 163.

2. One of the two lead counsel in this matter is on leave and will not return until after June 30, 2025. Undersigned counsel—who is primarily responsible for drafting Appellants' brief—is counsel on several other

---

[1] Appellants expect to seek a short extension of this response to allow undersigned counsel and the federal agencies sufficient time for internal review of the arguments crafted in opposition to the disclosure of highly sensitive information in Secretary Hegseth's declaration.

class actions and is responsible for reviewing the work of other attorneys in the office and corresponding with U.S. Attorney's offices across the country regarding fast-moving immigration litigation. As a result, she has had insufficient time to devote to drafting a brief regarding the instant preliminary injunction that, up until today, was the subject of a pending stay application at the Supreme Court.

3. Due to the importance of the issues in this appeal, Appellants' brief must undergo several layers of review within the Department of Justice, Department of Homeland Security, and other federal agencies.

4. On June 23, 2025, the Supreme Court stayed the preliminary injunction at issue in this appeal with an eighteen (18) page dissent. Appellants need more time to adapt their brief to the Supreme Court's ruling.

Accordingly, good cause exists for this short extension. Undersigned counsel for Appellants contacted counsel for Appellees on June 23, 2025, who indicated, via email, that they oppose Appellants' request for a thirty (30) day extension of time. Appellants have inquired whether counsel will assent to a fifteen (15) day extension at 8:41 pm, but at the time of this filing had not yet received a response. Notwithstanding Appellees' opposition, good cause exists for this motion for a short extension for the reasons outlined above.

Dated: June 23, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney General

ELIANIS N. PEREZ
Assistant Director

MATTHEW P. SEAMON
Senior Litigation Counsel

/s/*Mary L. Larakers*
MARY L. LARAKERS
(Texas Bar # 24093943)
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov

# CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion contains 464 words. The motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5) and (6) because it has been prepared using Microsoft Word 2016 in proportionally spaced 14-point Times New Roman typeface.

                                      */s/ Mary L. Larakers*
                                      MARY L. LARAKERS