# United States Court of Appeals
## For the First Circuit

No. 25-1393

D.V.D.; M.M.; E.F.D.; O.C.G.,

Plaintiffs - Appellees,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary of Department of Homeland Security (DHS); PAMELA BONDI, United States Attorney General; ANTONE MONIZ, Superintendent of the Plymouth County Correctional Facility,

Defendants - Appellants.

**ORDER OF COURT**

Entered: July 3, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration, the motion to withdraw Attorney Tomas Arango as counsel for Appellees D.V.D., E.F.D., M.M. and O.C.G. is granted. Attorney Arrango is hereby withdrawn as counsel of record, and Appellees will continue to be represented by the remaining counsel of record.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart
Abraham R. George
Elianis N. Perez
Matthew Patrick Seamon
Mary Larakers
Mark Sauter
Trina A. Realmuto
Mary A. Kenney
Kristin Macleod-Ball
Tomas Arango
Aaron Korthuis
Glenda M. Aldana Madrid

Leila Kang
Matthew H. Adams