# United States Court of Appeals
## For the First Circuit

_____

No. 25-1393

D.V.D.; M.M.; E.F.D.; O.C.G.,

Plaintiffs - Appellees,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary of Department of Homeland Security (DHS); PAMELA BONDI, United States Attorney General; ANTONE MONIZ, Superintendent of the Plymouth County Correctional Facility,

Defendants - Appellants.

_____

### ORDER OF COURT

Entered: July 3, 2025
Pursuant to 1st Cir. R. 27.0(d)

The brief and appendix filed by appellants DHS, Antone Moniz, Kristi Noem, and Pamela J. Bondi on June 30, 2025, are not in compliance with the following Federal Rules of Appellate Procedure and Local Rules of this court:

- **Fed. R. App. P. 32(a)(2)(C) and 32(b)**, requiring that the front cover of the brief and the front cover of the appendix contain the title of the case (see Rule 12(a)). ***The caption on the appellants' brief and appendix does not match the caption used by this court.***

- **Fed. R. App. P. 32(a)(2)(F) and 32(b)**, requiring that the front cover of the appendix contain the name, office address and telephone number of counsel representing the party for whom the appendix is filed. ***The front cover of the appellants' appendix does not contain the names and contact information of the appellants' counsel.***

- **1st Cir. R. 25.0(b)(3), and 1st Cir. R. 28.0(b)**, requiring that the entire brief, cover to cover including the addendum, be filed as a single electronic document. ***The appellants' brief and addendum must be filed as a single PDF document. The brief must not be scanned, and it must be formatted for electronic filing by converting the original word processing document into Portable Document Format ("PDF"). Unlike the brief, the addendum may be scanned and then combined with the native PDF brief to form a single electronic document.***

Appellants DHS, Antone Moniz, Kristi Noem, and Pamela J. Bondi are ordered to file a

conforming brief and appendix by **July 10, 2025**. The corrected brief and one copy of the corrected appendix must be served on all parties to the appeal, and the certificate(s) of service must be updated to include the new date of service. The due date for appellees' brief shall run from service of the corrected brief, in accordance with Fed. R. App. P. 31.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart
Brett Allen Shumate
Abraham R. George
Drew C. Ensign
Elianis N. Perez
Matthew Patrick Seamon
Mary Larakers
Mark Sauter
Trina A. Realmuto
Mary A. Kenney
Kristin Macleod-Ball
Aaron Korthuis
Glenda M. Aldana Madrid
Leila Kang
Matthew H. Adams