# United States Court of Appeals
## For the First Circuit

_____

No. 25-1393

D.V.D.; M.M.; E.F.D.; O.C.G.,

Plaintiffs - Appellees,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary of Department of Homeland Security (DHS); PAMELA BONDI, United States Attorney General; ANTONE MONIZ, Superintendent of the Plymouth County Correctional Facility,

Defendants - Appellants.

_____

**ORDER OF COURT**

Entered: July 9, 2025
Pursuant to 1st Cir. R. 27.0(d)

     Upon consideration, Appellants' motion to extend time to file the brief and appendix is denied as moot in light of this Court's order directing appellants to file a conforming brief and appendix entered on July 3, 2025.

                          By the Court:

                          Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart
Brett Allen Shumate
Abraham R. George
Drew C. Ensign
Elianis N. Perez
Matthew Patrick Seamon
Mary Larakers
Mark Sauter
Trina A. Realmuto
Mary A. Kenney
Kristin Macleod-Ball
Aaron Korthuis
Glenda M. Aldana Madrid

Leila Kang
Matthew H. Adams