# United States Court of Appeals
## For the First Circuit

No.    25-1393
         25-1631

D.V.D.; M.M.; E.F.D.; O.C.G.,

Plaintiffs - Appellees,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary of Department of Homeland Security (DHS); PAMELA BONDI, United States Attorney General; ANTONE MONIZ, Superintendent of the Plymouth County Correctional Facility,

Defendants - Appellants.

**ORDER OF COURT**

Entered: July 17, 2025
Pursuant to 1st Cir. R. 27.0(d)

     Appeal Nos. 25-1393 and 25-1631 are consolidated for purposes of briefing and oral argument. See Fed. R. App. P. 3(b)(2). The parties are directed to use the above caption on all future filings related to these cases.

     The briefing schedule previously set in No. 25-1393 is hereby vacated. The clerk will set a new briefing schedule once the record on appeal, including all necessary transcripts, is complete in Appeal No. 25-1631.

                                          By the Court:

                                          Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart
Brett Allen Shumate
Abraham R. George
Drew C. Ensign
Elianis N. Perez
Matthew Patrick Seamon
Mary Larakers
Mark Sauter

Jonathan Guynn
Trina A. Realmuto
Mary A. Kenney
Kristin Macleod-Ball
Aaron Korthuis
Glenda M. Aldana Madrid
Leila Kang
Matthew H. Adams
Matt A. Crapo
Yaakov Roth
Aysha Iqbal
Daniel Cappelletti
Anwen Hughes
Inyoung Hwang
Christopher A. Hatfield
Maxwell Mishkin
Isabella Salomao Nascimento