# United States Court of Appeals
## For the First Circuit

No. 25-1393

D.V.D.; M.M.; E.F.D.; O.C.G.,

Plaintiffs - Appellees,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary of Department of Homeland Security (DHS); PAMELA BONDI, United States Attorney General; ANTONE MONIZ, Superintendent of the Plymouth County Correctional Facility,

Defendants - Appellants.

**ORDER OF COURT**

Entered: July 25, 2025
Pursuant to 1st Cir. R. 27.0(d)

Movant Immigration Reform Law Institute's motion for leave to file amicus curiae brief is denied as moot in light of the July 17, 2025, order vacating the briefing schedule and providing that a new briefing schedule will be entered.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart
Brett Allen Shumate
Abraham R. George
Drew C. Ensign
Elianis N. Perez
Matthew Patrick Seamon
Mary Larakers
Mark Sauter
Jonathan Guynn
Trina A. Realmuto
Mary A. Kenney
Kristin Macleod-Ball
Aaron Korthuis

Glenda M. Aldana Madrid
Leila Kang
Matthew H. Adams
Matt A. Crapo