Nos. 25-1393, 25-1631

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

D.V.D., *et al.*,

*Plaintiffs-Appellees*,

v.

U.S. Department of Homeland Security, *et al.*,

*Defendants-Appellants*.

On Appeal from the United States District Court
for the District of Massachusetts

## APPELLANTS' NOTICE OF OPPOSITION TO
## APPELLEES' MOTION TO REMAND

BRETT A. SHUMATE
*Assistant Attorney General*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

ANTHONY P. NICASTRO
*Acting Director*

ELIANIS N. PEREZ
*Assistant Director*

MATTHEW P. SEAMON
MARY L. LARAKERS
*Senior Litigation Counsel*
U.S. Department of Justice,
Civil Division
Office of Immigration
Litigation
P.O. Box 868,
Ben Franklin Station
Washington, DC 20044

Appellants file this notice to inform this Court that they oppose Appellees' Motion to Remand. Appellants intend to file a fulsome brief explaining the basis for their opposition within the time permitted by Federal Rule of Appellate Procedure 27(a)(3)(A).

Dated: August 29, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney General

ANTHONY P. NICASTRO
Acting Director

ELIANIS N. PEREZ
Assistant Director

MARY L. LARAKERS
Senior Litigation Counsel

/s/*Matthew P. Seamon*
MATTHEW P. SEAMON
(CA Bar # 209349)
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 598-2648
(202) 305-7000 (facsimile)
Matthew.Seamon2@usdoj.gov

## CERTIFICATE OF SERVICE

      I, Matthew Seamon, Senior Litigation Counsel, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: August 29, 2025

/s/ *Matthew P. Seamon*
Matthew P. Seamon
Senior Litigation Counsel