# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1393, 25-1631     **Short Title:** DVD, et al. v DHS, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Dept. of Homeland Security, Kristi Noem, Pamela Bondi, Antoine Moniz        as the

[✓] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)


/s/ Matthew P. Seamon
Signature

8/29/2025
Date

Matthew P. Seamon
Name

Matthew P. Seamon
Firm Name (if applicable)

202-598-2648
Telephone Number

P.O. Box 868, Ben Franklin Station
Address

202-305-7000
Fax Number

Washington, DC 20044
City, State, Zip Code

Matthew.Seamon2@usdoj.gov
Email (required)

Court of Appeals Bar Number: 1192957

Has this case or any related case previously been on appeal?

[ ] No          [✓] Yes     Court of Appeals No. 25-1311

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).