UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

_____
)
D.V.D. *et al.*, )
)
    *Plaintiffs-Appellees*, )
)
           v. )   Case Nos.
)   25-1393 and 25-1631
U.S. Department of Homeland )
Security, *et al.*, )
)
    *Defendants-Appellants*. )
_____ )

**NOTICE OF MEMORANDUM AND ORDER GRANTING
PLAINTIFFS-APPELLEES' MOTION FOR AN INDICATIVE RULING**

Pursuant to Federal Rule of Appellate Procedure 12.1(a) and Local Rule 12.1, Plaintiffs-Appellees herein notify this Court that the District Court for the District of Massachusetts granted Plaintiffs-Appellees' motion for an indicative ruling pursuant to Federal Rule of Civil Procedure 62.1 yesterday, August 28, 2025. *See* Exhibit A, Memorandum and Order on Plaintiffs' Motion for an Indicative Ruling. As explained in that decision, the District Court would dissolve the preliminary injunction at issue in this appeal if this Court were to remand the case for that purpose. Accordingly, Plaintiffs-Appellees respectfully request that this Court remand this appeal to the District Court for dissolution of the preliminary injunction without delay.

1

Respectfully submitted,

s/ *Trina Realmuto*

| | |
|---|---|
| Trina Realmuto<br>Kristin Macleod-Ball<br>Mary Kenney<br>NATIONAL IMMIGRATION<br>   LITIGATION ALLIANCE<br>10 Griggs Terrace<br>Brookline, MA, 02446<br>(617) 819-4447<br>trina@immigrationlitigation.org | Matt Adams<br>Leila Kang<br>Aaron Korthuis<br>Glenda M. Aldana Madrid<br>NORTHWEST IMMIGRANT<br>   RIGHTS PROJECT<br>615 Second Avenue, Suite 400<br>Seattle, WA 98104<br>(206) 957-8611<br>matt@nwirp.org<br><br>Anwen Hughes<br>HUMAN RIGHTS FIRST<br>75 Broad Street, 31st Floor<br>New York, NY 10004<br>(212) 845-5244<br>HughesA@humanrightsfirst.org |

*Attorneys for Plaintiffs-Appellants*

## CERTIFICATE OF SERVICE

      I, Trina Realmuto, hereby certify that on August 29, 2025, I caused this document to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the First Circuit using the Court's appellate CM/ECF system. Defendants-Appellants' counsel are registered CM/ECF users and will be served via the Notice of Docket Activity through this Court's CM/ECF system.

<u>s/ *Trina Realmuto*</u>
Trina Realmuto
National Immigration Litigation Alliance