# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

_____

)
D.V.D. *et al.*,                                                )
                                                                )
    *Plaintiffs-Appellees*,                        )
                                                                )
       v.                                )    Case Nos.
                                                                )    25-1393 and 25-1631
U.S. Department of Homeland                                     )
Security, *et al.*,                                             )
                                                                )
    *Defendants-Appellants*.                       )
                                                                )
_____ )

## NOTICE OF MEMORANDUM AND ORDER GRANTING
## PLAINTIFFS-APPELLEES' MOTION FOR AN INDICATIVE RULING

Pursuant to Federal Rule of Appellate Procedure 12.1(a) and Local Rule

12.1, Plaintiffs-Appellees herein notify this Court that the District Court for the

District of Massachusetts granted Plaintiffs-Appellees' motion for an indicative

ruling pursuant to Federal Rule of Civil Procedure 62.1 yesterday, August 28,

2025. *See* Exhibit A, Memorandum and Order on Plaintiffs' Motion for an

Indicative Ruling. As explained in that decision, the District Court would dissolve

the preliminary injunction at issue in this appeal if this Court were to remand the

case for that purpose. Accordingly, Plaintiffs-Appellees respectfully request that

this Court remand this appeal to the District Court for dissolution of the

preliminary injunction without delay.

1

Respectfully submitted,

s/ *Trina Realmuto*

Trina Realmuto
Kristin Macleod-Ball
Mary Kenney
NATIONAL IMMIGRATION
   LITIGATION ALLIANCE
10 Griggs Terrace
Brookline, MA, 02446
(617) 819-4447
trina@immigrationlitigation.org

Matt Adams
Leila Kang
Aaron Korthuis
Glenda M. Aldana Madrid
NORTHWEST IMMIGRANT
   RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611
matt@nwirp.org

Anwen Hughes
HUMAN RIGHTS FIRST
75 Broad Street, 31st Floor
New York, NY 10004
(212) 845-5244
HughesA@humanrightsfirst.org

*Attorneys for Plaintiffs-Appellants*

**CERTIFICATE OF SERVICE**

I, Trina Realmuto, hereby certify that on August 29, 2025, I caused this document to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the First Circuit using the Court's appellate CM/ECF system. Defendants-Appellants' counsel are registered CM/ECF users and will be served via the Notice of Docket Activity through this Court's CM/ECF system.

s/ *Trina Realmuto*
Trina Realmuto
National Immigration Litigation Alliance