# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USDC Docket Number:  25cv10676-BEM

USCA Docket Number:  (25-1393) (25-1631)

D.V.D. et al

v.

U.S. Department of Homeland Security et al

## CLERK'S SUPPLEMENTAL CERTIFICATE OF THE RECORD ON APPEAL

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed _____ paper documents __X__ electronic documents:

**Main Documents:**

Document Numbers:  ECF No. 212 Memorandum and Order

**Other Documents:**

Sealed Records:

Document Numbers:  _____

*Ex parte* Records:

Document Numbers:  _____

are to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on September 2, 2025 .

ROBERT M. FARRELL
Clerk of Court

By: /s/Matthew A. Paine
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals

APPEAL,CASREF

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:25-cv-10676-BEM

D.V.D. et al v. U.S. Department of Homeland Security et al
Assigned to: Judge Brian E. Murphy
Referred to: Magistrate Judge Donald L. Cabell
related Case: 1:25-cv-11962-BEM
Case in other court:  USCA - First Circuit, 25-01311
                   USCA - First Circuit, 25-01393
                   USCA - First Circuit, 25-01631
Cause: 05:551 Administrative Procedure Act

Date Filed: 03/23/2025
Jury Demand: None
Nature of Suit: 899 Other Statutes:
Administrative Procedures Act/Review or
Appeal of Agency Decision
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**D.V.D.**

represented by **Kristin Macleod-Ball**
National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA 02446
617-506-3646
Email: kristin@immigrationlitigation.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary Kenney**
National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA 02446
617-819-4681
Email: mary@immigrationlitigation.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Trina Realmuto**
National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA 02446
617-819-4447
Email: trina@immigrationlitigation.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Aaron Korthuis**
Northwest Immigrant Rights Project
615 Second Ave
Suite 400
Seattle, WA 98104

206-816-3872
Email: aaron@nwirp.org
*ATTORNEY TO BE NOTICED*

**Anwen Hughes**
Human Rights First
121 W. 36th St. PMB 520
New York, NY 10018
212-845-5244
Email: HughesA@humanrightsfirst.org
*ATTORNEY TO BE NOTICED*

**Glenda M. Aldana Madrid**
Northwest Immigrant Rights Project
615 Second Avenue
Suite 400
Seattle, WA 98104
206-957-8646
Email: glenda@nwirp.org
*ATTORNEY TO BE NOTICED*

**Inyoung Hwang**
Human Rights First
121 West 36th Street
Pmb 520
New York, NY 10018
212-845-5236
Email: HwangS@humanrightsfirst.org
*ATTORNEY TO BE NOTICED*

**Leila Kang**
Northwest Immigrant Rights Project
615 Second Ave.
Suite 400
Seattle, WA 98104
206-816-3847
Email: leila@nwirp.org
*ATTORNEY TO BE NOTICED*

**Matt Adams**
Northwest Immigrant Rights Project
615 Second Ave., Ste. 400
Seattle, WA 98104
206-957-8611
Email: matt@nwirp.org
*ATTORNEY TO BE NOTICED*

**Tomas Arango**
301 Broadway #2
Cambridge, MA 02139
713-459-4616
Email: tomas@immigrationlitigation.org
*TERMINATED: 06/16/2025*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**M.M.**                                   represented by   **Kristin Macleod-Ball**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Mary Kenney**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Trina Realmuto**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Aaron Korthuis**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Anwen Hughes**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Glenda M. Aldana Madrid**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Inyoung Hwang**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Leila Kang**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Matt Adams**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Tomas Arango**
                                                           (See above for address)
                                                           *TERMINATED: 06/16/2025*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**E.F.D.**                                 represented by   **Kristin Macleod-Ball**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Mary Kenney**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Trina Realmuto**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Aaron Korthuis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Anwen Hughes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Glenda M. Aldana Madrid**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Inyoung Hwang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leila Kang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matt Adams**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tomas Arango**
(See above for address)
*TERMINATED: 06/16/2025*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**O.C.G.**                              represented by  **Kristin Macleod-Ball**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Mary Kenney**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Trina Realmuto**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Aaron Korthuis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Anwen Hughes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Glenda M. Aldana Madrid**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Inyoung Hwang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leila Kang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matt Adams**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tomas Arango**
(See above for address)
*TERMINATED: 06/16/2025*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**U.S. Department of Homeland Security**     represented by     **Elianis N. Perez**
U.S. Department of Justice, Office of
Immigration Litigation
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
202-616-9124
Email: elianis.perez@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Sauter**
DOJ-USAO

Moakley U.S. Courthouse
One Courthouse Way
Ste 9200
Boston, MA 02169
617-748-3347
Email: mark.sauter@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary Larakers**
U.S. Department of Justice, Office of
Immigration Litigation
P.O. Box 868
Washington, DC 20044
(202) 353-4419
Email: mary.l.larakers@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Patrick Seamon**
DOJ-Civ
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
202-598-2648
Email: matthew.seamon2@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kristi Noem**                        represented by     **Elianis N. Perez**
*Secretary of Department of Homeland*                     (See above for address)
*Security (DHS)*                                           *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Mark Sauter**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Mary Larakers**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Matthew Patrick Seamon**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Pamela Bondi**                       represented by     **Elianis N. Perez**
*United States Attorney General*                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Mark Sauter**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary Larakers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Patrick Seamon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Antone Moniz**                          represented by   **Elianis N. Perez**
*Superintendent of the Plymouth County*                    (See above for address)
*Correctional Facility*                                     *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                           **Mark Sauter**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Mary Larakers**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Matthew Patrick Seamon**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Intervenor**

**The New York Times Company**            represented by   **Maxwell Mishkin**
                                                           Ballard Spahr LLP
                                                           1909 K Street NW
                                                           Ste 12th Floor
                                                           Washington, DC 20006
                                                           202-508-1140
                                                           Fax: 202-661-2299
                                                           Email: mishkinm@ballardspahr.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Christopher A. Hatfield**
                                                           Ballard Spahr LLP
                                                           1909 K Street NW, 12th Flr.
                                                           Washington, DC 20006
                                                           202-661-2263
                                                           Fax: 202-661-2299
                                                           Email: hatfieldc@ballardspahr.com
                                                           *ATTORNEY TO BE NOTICED*

Case 25-1393    Document: 00118334757    Page: 9    Date Filed: 09/02/2025    Entry ID: 6747776

**Isabella Salomao Nascimento**
Ballard Spahr LLP
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402
612-371-3281
Email:
salomaonascimentoi@ballardspahr.com
*ATTORNEY TO BE NOTICED*

**Intervenor**

**American Broadcasting Companies, Inc.
d/b/a ABC News**

represented by  **Maxwell Mishkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher A. Hatfield**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Isabella Salomao Nascimento**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Cable News Network, Inc.**

represented by  **Maxwell Mishkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher A. Hatfield**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Isabella Salomao Nascimento**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Dow Jones & Company, Inc.**

represented by  **Maxwell Mishkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher A. Hatfield**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Isabella Salomao Nascimento**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor**

**National Public Radio, Inc.**                    represented by   **Maxwell Mishkin**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Christopher A. Hatfield**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Isabella Salomao Nascimento**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

<u>Intervenor</u>

**Reuters News & Media Inc.**                      represented by   **Maxwell Mishkin**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Christopher A. Hatfield**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Isabella Salomao Nascimento**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

<u>Intervenor</u>

**WP Company LLC d/b/a The**                       represented by   **Maxwell Mishkin**
**Washington Post**                                                 (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Christopher A. Hatfield**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Isabella Salomao Nascimento**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

> Email All Attorneys

> Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 03/23/2025 | 1 | COMPLAINT against All Defendants Filing fee: $ 405, receipt number AMADC-10907462 (Fee Status: Filing Fee paid), filed by D.V.D., M.M., E.F.D., O.C.G.. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit Attachment A - Draft 2001 Form, # 3 Exhibit Attachment B - Draft 2020 Notice, # 4 Exhibit Attachment C - Feb. 18, 2025 Directive, # 5 Category Form)(Arango, Tomas) (Entered: 03/23/2025) |
| 03/23/2025 | 2 | MOTION for Leave to Appear Under Pseudonyms by D.V.D., M.M., E.F.D., O.C.G.. (Attachments: # 1 Text of Proposed Order)(Arango, Tomas) (Entered: |

| 03/23/2025 | | 03/23/2025) |
| 03/23/2025 | [3](#) | MEMORANDUM in Support re [2](#) MOTION for Leave to Appear Under Pseudonyms filed by D.V.D., M.M., E.F.D., O.C.G.. (Arango, Tomas) (Entered: 03/23/2025) |
| 03/23/2025 | [4](#) | MOTION to Certify Class by D.V.D., M.M., E.F.D., O.C.G.. (Attachments: # [1](#) Text of Proposed Order)(Arango, Tomas) (Entered: 03/23/2025) |
| 03/23/2025 | [5](#) | MEMORANDUM in Support re [4](#) MOTION to Certify Class filed by D.V.D., M.M., E.F.D., O.C.G.. (Arango, Tomas) (Entered: 03/23/2025) |
| 03/23/2025 | [6](#) | Emergency MOTION for Temporary Restraining Order , MOTION for Preliminary Injunction , MOTION to Stay *Administrative Action* by D.V.D., M.M., E.F.D., O.C.G.. (Attachments: # [1](#) Text of Proposed Order)(Arango, Tomas) (Entered: 03/23/2025) |
| 03/23/2025 | [7](#) | MEMORANDUM in Support re [6](#) Emergency MOTION for Temporary Restraining Order MOTION for Preliminary Injunction MOTION to Stay *Administrative Action* filed by D.V.D., M.M., E.F.D., O.C.G.. (Arango, Tomas) (Entered: 03/23/2025) |
| 03/23/2025 | [8](#) | EXHIBIT re [5](#) Memorandum in Support of Motion, [4](#) MOTION to Certify Class , [6](#) Emergency MOTION for Temporary Restraining Order MOTION for Preliminary Injunction MOTION to Stay *Administrative Action*, [3](#) Memorandum in Support of Motion, [2](#) MOTION for Leave to Appear Under Pseudonyms , [7](#) Memorandum in Support of Motion by D.V.D., M.M., E.F.D., O.C.G.. (Attachments: # [1](#) Exhibit A - Declaration of D.V.D. (Redacted), # [2](#) Exhibit B - Declaration of M.M. (Redacted), # [3](#) Exhibit C - Declaration of E.F.D. (Redacted), # [4](#) Exhibit D- Declaration of O.C.G. (Redacted), # [5](#) Exhibit E - Declaration of Trina Realmuto, # [6](#) Exhibit F - Declaration of Matt Adams, # [7](#) Exhibit G - Declaration of Anwen Hughes, # [8](#) Exhibit H - Declaration of Tiffany Wang, # [9](#) Exhibit I - Declaration of Marie Vincent, # [10](#) Exhibit J - Declaration of Ian Austin Rose, # [11](#) Exhibit K - Declaration of Laura Jones, # [12](#) Exhibit L - Declaration of Leslie Parra, # [13](#) Exhibit M - Declaration of Daniela Hernandez Chong Cuy, # [14](#) Exhibit N - Declaration of Zoey Jones, # [15](#) Exhibit O - Declaration of Danielle Strandburg-Peshkin, # [16](#) Exhibit P - Declaration of Denise Acevedo Perez, # [17](#) Exhibit Q - Declaration of Laura Belous, # [18](#) Exhibit R - Declaration of Melissa Chua, # [19](#) Exhibit S - Declaration of Patrick Taurel, # [20](#) Exhibit T - Declaration of Ambreen Walji, # [21](#) Exhibit U - Declaration of Deborah Lee, # [22](#) Exhibit V - Declaration of Elyssa Williams, # [23](#) Exhibit W - Declaration of Guadalupe Perez, # [24](#) Exhibit X - Declaration of Paul O'Dwyer)(Arango, Tomas) (Entered: 03/23/2025) |
| 03/23/2025 | [9](#) | MOTION for Leave to Appear Pro Hac Vice for admission of Trina Realmuto, Kristin Macleod-Ball, and Mary Kenney Filing fee: $ 375, receipt number AMADC-10907475 by D.V.D., M.M., E.F.D., O.C.G.. (Attachments: # [1](#) Exhibit Realmuto Declaration, # [2](#) Exhibit Macleod-Ball Declaration, # [3](#) Exhibit Kenney Declaration, # [4](#) Text of Proposed Order)(Arango, Tomas) (Entered: 03/23/2025) |
| 03/23/2025 | [10](#) | MOTION for Leave to Appear Pro Hac Vice for admission of Matt Adams, Leila Kang, Aaron Korthuis, Glenda Aldana Madrid, and Anwen Hughes Filing fee: $ 625, receipt number AMADC-10907476 by D.V.D., M.M., E.F.D., O.C.G.. (Attachments: # [1](#) Exhibit Adams Declaration, # [2](#) Exhibit Kang Declaration, # [3](#) Exhibit Korthuis Declaration, # [4](#) Exhibit Aldana Madrid Declaration, # [5](#) Exhibit Hughes Declaration, # [6](#) Text of Proposed Order)(Arango, Tomas) (Entered: 03/23/2025) |
| 03/23/2025 | 11 | ELECTRONIC NOTICE of Case Assignment. Judge Brian E. Murphy assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a |

| | | |
|---|---|---|
| | | Magistrate Judge, the matter will be transmitted to Magistrate Judge Donald L. Cabell. (RN) (Entered: 03/23/2025) |
| 03/23/2025 | 12 | Judge Brian E. Murphy: ORDER entered. SERVICE ORDER AND ORDER CONCERNING DETERMINATION OF JURISDICTION(RN) (Entered: 03/23/2025) |
| 03/23/2025 | 13 | Judge Brian E. Murphy: ORDER entered granting 2 Motion FOR LEAVE TO APPEAR UNDER PSEUDONYMS and to file a motion **Under Seal** with the names of the plaintiffs so the Government can comply with the Court's order. (RN) (Entered: 03/23/2025) |
| 03/24/2025 | 14 | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting 9 Motion for Leave to Appear Pro Hac Vice Added Trina Realmuto, Kristin Macleod-Ball, and Mary Kenney.<br><br>**Attorneys admitted Pro Hac Vice must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of Massachusetts. Counsel may need to link their CM/ECF account to their upgraded individual pacer account.** Instructions on how to link CM/ECF accounts to upgraded pacer account can be found at https://www.mad.uscourts.gov/caseinfo/nextgen-current-pacer-accounts.htm#link-account.<br><br>(MBM) (Entered: 03/24/2025) |
| 03/24/2025 | 15 | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting 10 Motion for Leave to Appear Pro Hac Vice Added Matt Adams, Leila Kang, Aaron Korthuis, Glenda Aldana Madrid, and Anwen Hughes.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen-pro-hac-vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(MBM) (Entered: 03/24/2025) |
| 03/24/2025 | 16 | Summons Issued as to Pamela Bondi, Antone Moniz, Kristi Noem, U.S. Department of Homeland Security. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (CAM) (Entered: 03/24/2025) |
| 03/24/2025 | 18 | **NOTICE OF MOTION HEARING:** Hearing on 6 Plaintiffs' Emergency Motion for Temporary Restraining Order and Preliminary Injunction and Stay of Administrative Action is SCHEDULED for 3/28/2025 at 12:00 p.m. in Courtroom 12 (In person only) before Judge Brian E. Murphy. (BIB) (Entered: 03/24/2025) |

9/2/25, 1:32 AM                              CM/ECF - USDC Massachusetts - Version 1.3.6 as of 04/28/2025

| | | |
|---|---|---|
| 03/24/2025 | 19 | NOTICE of Appearance by Trina Realmuto on behalf of D.V.D., M.M., E.F.D., O.C.G. (Realmuto, Trina) (Entered: 03/24/2025) |
| 03/24/2025 | 20 | NOTICE of Appearance by Mary Larakers on behalf of U.S. Department of Homeland Security, Kristi Noem, Pamela Bondi, Antone Moniz (Larakers, Mary) (Entered: 03/24/2025) |
| 03/24/2025 | 21 | NOTICE of Appearance by Kristin Macleod-Ball on behalf of D.V.D., M.M., E.F.D., O.C.G. (Macleod-Ball, Kristin) (Entered: 03/24/2025) |
| 03/24/2025 | 22 | AFFIDAVIT OF SERVICE Executed by E.F.D., M.M., D.V.D., O.C.G.. Acknowledgement filed by E.F.D., M.M., D.V.D., O.C.G.. (Attachments: # 1 Exhibit File-Stamped Copies by US Attys Office)(Realmuto, Trina) (Entered: 03/24/2025) |
| 03/24/2025 | 23 | NOTICE of Appearance by Mary Kenney on behalf of D.V.D., M.M., E.F.D., O.C.G. (Kenney, Mary) (Entered: 03/24/2025) |
| 03/25/2025 | 24 | NOTICE of Appearance by Mark Sauter on behalf of U.S. Department of Homeland Security, Kristi Noem, Pamela Bondi, Antone Moniz (Sauter, Mark) (Entered: 03/25/2025) |
| 03/25/2025 | 25 | Assented to MOTION for Extension of Time to 12:00 Midnight on March 25, 2025 to File Response/Reply *to Plaintiffs' Emergency Motion for a Temporary Restraining Order and Motion for Preliminary Injunction* by U.S. Department of Homeland Security, Kristi Noem, Pamela Bondi, Antone Moniz.(Sauter, Mark) (Entered: 03/25/2025) |
| 03/25/2025 | 26 | Judge Brian E. Murphy: ELECTRONIC ORDER granting 25 Assented to Motion for Extension of Time to 12:00 Midnight on March 25, 2025 to File Response to Plaintiffs' Emergency Motion for a Temporary Restraining Order, Preliminary Injunction and Stay.(BIB) (Entered: 03/25/2025) |
| 03/25/2025 | 27 | NOTICE of Appearance by Leila Kang on behalf of D.V.D., M.M., E.F.D., O.C.G. (Kang, Leila) (Entered: 03/25/2025) |
| 03/25/2025 | 28 | NOTICE of Appearance by Anwen Hughes on behalf of D.V.D., M.M., E.F.D., O.C.G. (Hughes, Anwen) (Entered: 03/25/2025) |
| 03/25/2025 | 29 | NOTICE of Appearance by Glenda M. Aldana Madrid on behalf of D.V.D., M.M., E.F.D., O.C.G. (Aldana Madrid, Glenda) (Entered: 03/25/2025) |
| 03/25/2025 | 30 | NOTICE of Appearance by Aaron Korthuis on behalf of D.V.D., M.M., E.F.D., O.C.G. (Korthuis, Aaron) (Entered: 03/25/2025) |
| 03/25/2025 | 31 | Opposition re 6 Emergency MOTION for Temporary Restraining Order MOTION for Preliminary Injunction MOTION to Stay *Administrative Action* filed by U.S. Department of Homeland Security, Kristi Noem, Pamela Bondi, Antone Moniz. (Attachments: # 1 Exhibit A)(Larakers, Mary) (Entered: 03/25/2025) |
| 03/28/2025 | 32 | NOTICE of Appearance by Matt Adams on behalf of D.V.D., M.M., E.F.D., O.C.G. (Adams, Matt) (Entered: 03/28/2025) |
| 03/28/2025 | 33 | Clerk's Notes for Motion Hearing held in-person before Judge Brian E. Murphy: Argument heard on 6 Emergency Motion for Temporary Restraining Order. Counsel address questions and issues raised by the Court. Motion for Temporary Restraining Order granted in part. Order to follow. Defendants' to respond to Motion for Certify Class and file any additional briefing re Motion for Preliminary Injunction/Stay by 4/4/2025. Plaintiff to reply no later than 4/8/2025. Hearing set. |

| | | |
|---|---|---|
| | | **NOTICE OF HEARING:**<br>Hearing on 6 MOTION for Preliminary Injunction/Stay and 4 Motion to Certify Class set for 4/10/2025 at 11:45 a.m. in Courtroom 12 (In person only) before Judge Brian E. Murphy.<br><br>(Court Reporter: Jessica Leonard at jessicamichaelleonard@gmail.com.)(Attorneys present: Realmuto, Macleod-Ball, Hughes, Adams, Larakers, AUSA Sauter) (BIB) (Entered: 03/28/2025) |
| 03/28/2025 | 34 | Judge Brian E. Murphy: TEMPORARY RESTRAINING ORDER entered. (BIB) (Entered: 03/28/2025) |
| 03/28/2025 | 35 | NOTICE OF APPEAL as to 34 Order on Motion for TRO, Order on Motion for Preliminary Injunction, Order on Motion to Stay by U.S. Department of Homeland Security, Kristi Noem, Pamela Bondi, Antone Moniz. Fee Status: US Government.<br><br>NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov MUST be completed and submitted to the Court of Appeals. **Counsel shall register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf. US District Court Clerk to deliver official record to Court of Appeals by 4/17/2025. (Larakers, Mary) (Entered: 03/28/2025)** |
| 03/28/2025 | 36 | Certified and Transmitted Abbreviated Electronic Record on Appeal to US Court of Appeals re 35 Notice of Appeal. (MAP) (Entered: 03/28/2025) |
| 03/29/2025 | 37 | NOTICE of Appearance by Matthew Patrick Seamon on behalf of U.S. Department of Homeland Security, Kristi Noem, Pamela Bondi, Antone Moniz (Seamon, Matthew) (Entered: 03/29/2025) |
| 03/29/2025 | 38 | MOTION to Stay re 34 Order on Motion for TRO, Order on Motion for Preliminary Injunction, Order on Motion to Stay *(Motion for Partial Stay of the Temporary Restraining Order)* by U.S. Department of Homeland Security, Kristi Noem, Pamela Bondi, Antone Moniz. (Attachments: # 1 Text of Proposed Order)(Seamon, Matthew) (Entered: 03/29/2025) |
| 03/29/2025 | 39 | USCA Case Number 25-1311 for 35 Notice of Appeal, filed by U.S. Department of Homeland Security, Kristi Noem, Antone Moniz, Pamela Bondi. (MAP) (Entered: 03/29/2025) |
| 03/29/2025 | 40 | Judge Brian E. Murphy: MEMORANDUM ON PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER...For the foregoing reasons, the Court has GRANTED in part Plaintiffs' motion 34 . (BIB) (Entered: 03/29/2025) |
| 03/29/2025 | 41 | Judge Brian E. Murphy: ELECTRONIC ORDER entered denying 38 Defendants' Motion For Partial Stay of the Temporary Restraining Order, for the reasons stated in the 40 Memorandum on Plaintiffs' Motion for Temporary Restraining Order issued this day. (BIB) (Entered: 03/29/2025) |
| 03/29/2025 | 42 | Supplemental Record on Appeal transmitted to US Court of Appeals re 35 Notice of Appeal, Documents included: ECF Nos. 40 and 41 (MAP) (Entered: 03/29/2025) |
| 03/30/2025 | 43 | MOTION MOTION FOR AN INDICATIVE RULING re 34 Order on Motion for TRO, Order on Motion for Preliminary Injunction, Order on Motion to Stay by U.S. |

| | | Department of Homeland Security, Kristi Noem, Pamela Bondi, Antone Moniz. (Attachments: # 1 Exhibit Exh. A)(Larakers, Mary) (Entered: 03/30/2025) |
|---|---|---|
| 03/31/2025 | 44 | Transcript of Motion Hearing held on March 28, 2025, before Judge Brian E. Murphy. COA Case No. 25-1311. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Jessica Leonard at jessicamichaelleonard@gmail.com. Redaction Request due 4/21/2025. Redacted Transcript Deadline set for 5/1/2025. Release of Transcript Restriction set for 6/30/2025. (DRK) (Entered: 03/31/2025) |
| 03/31/2025 | 45 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at https://www.mad.uscourts.gov/caseinfo/transcripts.htm (DRK) (Entered: 03/31/2025) |
| 03/31/2025 | 46 | Judge Brian E. Murphy: ELECTRONIC PROCEDURAL ORDER: The Plaintiffs shall file a response to 43 Defendants Motion for an Indicative Ruling Under Federal Rule of Civil Procedure 62.1 no later than Friday, April 4, 2025. (BIB) (Entered: 03/31/2025) |
| 03/31/2025 | 47 | AFFIDAVIT OF SERVICE Executed by E.F.D., M.M., D.V.D., O.C.G.. All Defendants. Acknowledgement filed by E.F.D., M.M., D.V.D., O.C.G.. (Attachments: # 1 Exhibit Mail Receipts, # 2 Exhibit DHS, # 3 Exhibit Noem, # 4 Exhibit Moniz, # 5 Exhibit Bondi)(Realmuto, Trina) (Entered: 03/31/2025) |
| 04/01/2025 | 48 | NOTICE of Appearance by Elianis N. Perez on behalf of U.S. Department of Homeland Security, Kristi Noem, Pamela Bondi, Antone Moniz (Perez, Elianis) (Entered: 04/01/2025) |
| 04/04/2025 | 49 | RESPONSE to Motion re 43 MOTION MOTION FOR AN INDICATIVE RULING re 34 Order on Motion for TRO, Order on Motion for Preliminary Injunction, Order on Motion to Stay filed by D.V.D., M.M., E.F.D., O.C.G.. (Realmuto, Trina) (Entered: 04/04/2025) |
| 04/04/2025 | 50 | EXHIBIT re 49 Response to Motion, *Re: Indicative Ruling under FRCP 62.1* by D.V.D., M.M., E.F.D., O.C.G.. (Attachments: # 1 Exhibit A - Rubio X Post, # 2 Exhibit B - Bukele X Post, # 3 Exhibit C - Cerna Decl. in JGG, # 4 Exhibit D - El Salvador HR Report, # 5 Exhibit E - Mexico HR Report, # 6 Exhibit F - Honduras HR Report, # 7 Exhibit G - Libya HR Report, # 8 Exhibit H - Rwanda HR Report, # 9 Exhibit I - Bellinger Statement, # 10 Exhibit J - Opp. Br. in Abrego Garcia, # 11 Exhibit K - Counsel Emails)(Realmuto, Trina) (Entered: 04/04/2025) |
| 04/04/2025 | 51 | Opposition re 6 Emergency MOTION for Temporary Restraining Order MOTION for Preliminary Injunction MOTION to Stay *Administrative Action Supplemental Memorandum* filed by U.S. Department of Homeland Security, Kristi Noem, Pamela Bondi, Antone Moniz. (Larakers, Mary) (Entered: 04/04/2025) |
| 04/04/2025 | 52 | Opposition re 4 MOTION to Certify Class filed by U.S. Department of Homeland Security, Kristi Noem, Pamela Bondi, Antone Moniz. (Larakers, Mary) (Entered: 04/04/2025) |
| 04/07/2025 | 53 | Assented to MOTION Remote Appearance re 33 Motion Hearing,,,, Set Hearings,,, by U.S. Department of Homeland Security, Kristi Noem, Pamela Bondi, Antone Moniz.(Perez, Elianis) (Entered: 04/07/2025) |

| 04/07/2025 | 54 | Judge Brian E. Murphy: ELECTRONIC ORDER granting 53 Joint Motion for Remote Appearance as to Attorney Elianis N. Perez. (BIB) (Entered: 04/07/2025) |
|---|---|---|
| 04/07/2025 | 55 | Entered in error. Modified on 4/8/2025 (CAM). (Entered: 04/08/2025) |
| 04/07/2025 | 56 | ORDER of USCA as to 35 Notice of Appeal, filed by U.S. Department of Homeland Security, Kristi Noem, Antone Moniz, Pamela Bondi (MAP) (Entered: 04/08/2025) |
| 04/08/2025 | 57 | REPLY to Response to 6 Emergency MOTION for Temporary Restraining Order MOTION for Preliminary Injunction MOTION to Stay *Administrative Action* filed by D.V.D., M.M., E.F.D., O.C.G.. (Realmuto, Trina) (Entered: 04/08/2025) |
| 04/08/2025 | 58 | REPLY to Response to 4 MOTION to Certify Class filed by D.V.D., M.M., E.F.D., O.C.G.. (Realmuto, Trina) (Entered: 04/08/2025) |
| 04/08/2025 | 59 | EXHIBIT re 57 Reply to Response to Motion, 58 Reply to Response to Motion by D.V.D., M.M., E.F.D., O.C.G.. (Attachments: # 1 Exhibit A - Guerra-Castaneda Orders, # 2 Exhibit B - Paye Order, # 3 Exhibit C - W.G.A. Order, # 4 Exhibit D - Herrera-Meza Order, # 5 Exhibit E - Rodriguez Sutuc Order, # 6 Exhibit F - H.I.L. Order, # 7 Exhibit G - Ramirez-Chavez Order, # 8 Exhibit H - Singh Order, # 9 Exhibit I - Austin Declaration, # 10 Exhibit J - Mayer-Salins Declaration, # 11 Exhibit K - Morales Declaration, # 12 Exhibit L - Gordan Declaration, # 13 Exhibit M - Gonzalez Declaration, # 14 Exhibit N - Bowman Declaration, # 15 Exhibit O - Glynn Declaration, # 16 Exhibit P - Brane Declaration, # 17 Exhibit Q - Turnbull Order)(Realmuto, Trina) (Entered: 04/08/2025) |
| 04/09/2025 | 60 | EXHIBIT re 57 Reply to Response to Motion, 58 Reply to Response to Motion by D.V.D., M.M., E.F.D., O.C.G.. (Attachments: # 1 Exhibit Belous Declaration) (Realmuto, Trina) (Entered: 04/09/2025) |
| 04/10/2025 | 61 | NOTICE of Appearance by Matthew Patrick Seamon on behalf of U.S. Department of Homeland Security, Kristi Noem, Pamela Bondi, Antone Moniz (Seamon, Matthew) (Entered: 04/10/2025) |
| 04/10/2025 | 62 | Clerk's Notes for Hearing held in-person before Judge Brian E. Murphy: Argument heard on 6 Motion for Preliminary Injunction and Stay and 4 Motion to Certify Class. Plaintiffs to provide names and alien numbers to the Defendants by 5:00 p.m. tomorrow, 4/11/2025. Defendants shall respond to Plaintiffs' latest submissions no later than 4/23/2025. Further conference set. Motions taken under advisement. TRO remains in place and is extended until the Motion for Preliminary Injunction is ruled upon.

**NOTICE OF HEARING:**
Status Conference set for 4/28/2025 at 11:00 a.m. in Courtroom 12 (In person only) before Judge Brian E. Murphy.

(Court Reporter: Jessica Leonard at jessicamichaelleonard@gmail.com.)(Attorneys present: Realmuto, Macleod-Ball, Hughes, Adams, Larakers, Ensign, Perez (zoom)) (BIB) (Entered: 04/10/2025) |
| 04/15/2025 | 63 | MOTION to Stay *(Provisional Motion for Stay Pending Appeal of Preliminary Injunction Order)* by U.S. Department of Homeland Security, Kristi Noem, Pamela Bondi, Antone Moniz. (Attachments: # 1 Text of Proposed Order)(Seamon, Matthew) (Entered: 04/15/2025) |
| 04/18/2025 | 64 | Judge Brian E. Murphy: MEMORANDUM AND ORDER ON PLAINTIFFS' MOTIONS FOR CLASS CERTIFICATION AND PRELIMINARY INJUNCTION...: For the reasons stated in the accompanying Memorandum and |

| | | |
|---|---|---|
| | | Order, 4 Plaintiffs' Motion for Class Certification is granted and 6 Plaintiffs' Motion for Preliminary Injunction is granted in part. Defendants are ENJOINED from deporting any alien with a final order of removal to any country not explicitly provided for on the alien's order of removal without first providing to that alien the due-process guarantees set forth in pages 46-47 of the accompanying Memorandum and Order. Additionally, the Court ORDERS expedited discovery on whether and in what form Plaintiff O.C.G. received notice of his removal to a third country and ORDERS the parties to file a proposed joint status update addressing a proposed discovery plan by April 25, 2025. The parties should be prepared to discuss this issue during the status conference scheduled for April 28, 2025, at 11:00 a.m. (BIB) (Entered: 04/18/2025) |
| 04/18/2025 | 65 | Judge Brian E. Murphy: ELECTRONIC ORDER denying 63 Provisional Motion for Stay Pending Appeal of Preliminary Injunction Order, for the reasons stated in the Memorandum and Order on Plaintiffs' Motions for Class Certification and Preliminary Injunction 64 issued this day. (BIB) (Entered: 04/18/2025) |
| 04/18/2025 | 66 | Judge Brian E. Murphy: ELECTRONIC ORDER finding as moot 43 Motion for an Indicative Ruling. (BIB) (Entered: 04/18/2025) |
| 04/21/2025 | 67 | MOTION Remote Appearance by D.V.D., M.M., E.F.D., O.C.G..(Adams, Matt) (Entered: 04/21/2025) |
| 04/22/2025 | 68 | Judge Brian E. Murphy: ELECTRONIC ORDER granting 67 Unopposed Motion for Remote Appearance. (BIB) (Entered: 04/22/2025) |
| 04/22/2025 | 69 | NOTICE OF APPEAL as to 64 Memorandum & ORDER,,,, by U.S. Department of Homeland Security, Kristi Noem, Pamela Bondi, Antone Moniz. Fee Status: US Government.<br><br>NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov MUST be completed and submitted to the Court of Appeals. **Counsel shall register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf.** US District Court Clerk to deliver official record to Court of Appeals by 5/12/2025. (Larakers, Mary) (Entered: 04/22/2025) |
| 04/22/2025 | 70 | Certified and Transmitted Abbreviated Electronic Record on Appeal to US Court of Appeals re 69 Notice of Appeal. (MAP) (Entered: 04/22/2025) |
| 04/22/2025 | 71 | USCA Case Number 25-1393 for 69 Notice of Appeal, filed by U.S. Department of Homeland Security, Kristi Noem, Antone Moniz, Pamela Bondi. (MAP) (Entered: 04/22/2025) |
| 04/23/2025 | 72 | RESPONSE TO COURT ORDER by U.S. Department of Homeland Security, Kristi Noem, Pamela Bondi, Antone Moniz re 62 Order on Motion to Certify Class,,,, Order on Motion for Preliminary Injunction,,,, Order on Motion to Stay,,,, Motion Hearing,,,, Set Hearings,,, . (Attachments: # 1 Exhibit A)(Larakers, Mary) (Additional attachment(s) added on 4/28/2025: # 2 Unredacted Response - SEALED, # 3 Unredacted Declaration - SEALED) (CAM). (Entered: 04/23/2025) |
| 04/24/2025 | 73 | Consent MOTION remote appearance *for Anwen Hughes and Mary Kenney* by D.V.D., M.M., E.F.D., O.C.G..(Hughes, Anwen) (Entered: 04/24/2025) |

| 04/25/2025 | 74 | Transcript of Motion Hearing held on April 10, 2025, before Judge Brian E. Murphy. COA Case No. 25-1393 and 25-1311. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Jessica Leonard at jessica@wickedsteno.com. Redaction Request due 5/16/2025. Redacted Transcript Deadline set for 5/27/2025. Release of Transcript Restriction set for 7/24/2025. (DRK) (Entered: 04/25/2025) |
|---|---|---|
| 04/25/2025 | 75 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at https://www.mad.uscourts.gov/caseinfo/transcripts.htm (DRK) (Entered: 04/25/2025) |
| 04/25/2025 | 76 | NOTICE by U.S. Department of Homeland Security, Kristi Noem, Pamela Bondi, Antone Moniz *Appearance Jonathan Guynn On Behalf of Defendants* (Larakers, Mary) (Entered: 04/25/2025) |
| 04/25/2025 | 77 | STATUS REPORT *and Proposed Expedited Discovery Plan Regarding Plaintiff O.C.G. (Joint)* by D.V.D., M.M., E.F.D., O.C.G.. (Realmuto, Trina) (Entered: 04/25/2025) |
| 04/27/2025 | 78 | Judge Brian E. Murphy: ELECTRONIC ORDER granting 73 Unopposed Motion for Remote Appearance. (BIB) (Entered: 04/27/2025) |
| 04/28/2025 | 79 | Clerk's Notes for Status Conference held in-person before Judge Brian E. Murphy: Court discusses the Proposed Expedited Discovery Plan Regarding Plaintiff O.C.G. 77 with counsel and will issue an e-Order outlining the parameters for discovery. Further discussion regarding briefing that is necessary in the upcoming weeks. Orders to issue. (Court Reporter: Jessica Leonard at jessica@wickedsteno.com.) (Attorneys present: Realmuto, Macleod-Ball, Arango, Kenney (zoom) Hughes (zoom), Adams (zoom), Larakers, Guynn) (BIB) (Entered: 04/28/2025) |
| 04/28/2025 | 80 | Judge Brian E. Murphy: ELECTRONIC ORDER - For the reasons discussed in today's hearing, the Court ORDERS that: (1) the parties will conduct expedited discovery limited to the issue of whether, or to what extent, Plaintiff O.C.G. received notice that he would be removed to Mexico and any response he provided to that notice; (2) all responses to requests for production of documents, interrogatories, and admissions shall be completed by May 12, 2025; (3) each side will be limited to 10 total written discovery requests (the requests for interrogatories and admissions); (4) the deposition of the officer who allegedly provided O.C.G. with notice shall be completed by May 19, 2025; (5) the deposition will be limited to 4 hours; and (6) Defendants must produce O.C.G.'s a-file by May 12, 2025, without redactions, aside from those necessary to protect privileged information or as required by a protective order. (BIB) (Entered: 04/28/2025) |
| 04/28/2025 | 81 | Judge Brian E. Murphy: ELECTRONIC ORDER - For the reasons discussed in today's hearing, the Court ORDERS that: (1) by May 12, 2025, Defendants will identify any individuals with a final order of removal that were removed on the two flights that occurred on or around March 31, 2025, and April 13, 2025; and (2) Defendants will identify any additional flights to remove aliens from Guantanamo Bay to third countries that occurred prior to the date that Defendants provide a response to part (1) (BIB)<br><br>Modified to correct (2) on 4/28/2025 (BIB). (Entered: 04/28/2025) |

| 04/28/2025 | 82 | Judge Brian E. Murphy: ELECTRONIC ORDER - For the reasons discussed in today's hearing, the Court ORDERS that each party will submit a memorandum of no more than 2 pages by April 29, 2025, at 5 p.m., addressing whether this Court has authority to modify its preliminary injunction while an appeal is pending. (BIB) (Entered: 04/28/2025) |
|---|---|---|
| 04/28/2025 | 83 | Judge Brian E. Murphy: ELECTRONIC ORDER - For the reasons discussed in today's hearing, the Court ORDERS that the parties submit a joint discovery plan by May 5, 2025, at 5 p.m. that addresses: (1) the scope and timing of discovery related to the factual circumstances surrounding the removal of the four alleged class members identified in Defendants' April 23, 2025 response (Dkt. 72 ) that occurred after the issuance of this Court's temporary restraining order on March 28, 2025; (2) the relationship between the Department of Homeland Security and the Department of Defense, including, but not limited to, each agency's role with regards to removals, the management of Guantanamo Bay, and the March 7, 2025 memorandum of understanding between the two agencies; and (3) the facts in the declaration of Tracy J. Huettl (Dkt. 72-1). (BIB) (Entered: 04/28/2025) |
| 04/29/2025 | 84 | RESPONSE TO COURT ORDER by Pamela Bondi, Antone Moniz, Kristi Noem, U.S. Department of Homeland Security re 82 Order, . (Larakers, Mary) (Entered: 04/29/2025) |
| 04/29/2025 | 85 | MEMORANDUM OF LAW by D.V.D., E.F.D., M.M., O.C.G. to 64 Memorandum & ORDER,,,,. (Realmuto, Trina) (Entered: 04/29/2025) |
| 04/30/2025 | 86 | Judge Brian E. Murphy: ELECTRONIC ORDER - AMENDED PRELIMINARY INJUNCTION: In light of the issues raised during the April 28, 2025 hearing, this Court modifies a portion of its April 18, 2025 preliminary injunction 64 . This modification preserves the status quo as outlined in this Court's preliminary injunction. *See Sec. & Exch. Comm'n v. Xia,* 2024 WL 3447849, at \*6-7 (E.D.N.Y. July 9, 2024) (collecting cases modifying preliminary injunctions pending appeal in order to preserve the status quo). Defendants have represented to this court that that removals from Guantanamo Bay to third countries have been executed by the Department of Defense without the Department of Homeland Security's direction or knowledge, *see* Dkt 72, and the Court makes no finding on the accuracy of this assignment of responsibility but, in an abundance of caution, ORDERS that, prior to removing, or allowing or permitting another agency to remove, an alien from Guantanamo Bay to a third country, Defendants must comport with the terms of the April 18, 2025 preliminary injunction by providing the due-process guarantees set forth in Dkt. 64 at 46-47. At the April 28, 2025 hearing, the status of the Guantanamo Bay Detention Center was debated. The Court declines to resolve if transportation to this base is a deportation to a third country despite the United States' exercise of jurisdiction and control over the base. Given the position taken by the Government that the deportation from Guantanamo to third countries was not at the direction, behest or control of the Department of Homeland Security, a debated issue to be resolved once preliminary discovery has been conducted, this Court ORDERS that, after taking custody of an alien, Defendants may not cede custody or control in any manner that prevents an alien from receiving the due-process guarantees outlined in the April 18, 2025 preliminary injunction. (BIB) (Entered: 04/30/2025) |
| 04/30/2025 | 87 | Supplemental Record on Appeal transmitted to US Court of Appeals re 35 Notice of Appeal, 69 Notice of Appeal, Documents included: ECF No.86 (MAP) (Entered: 04/30/2025) |

| 05/05/2025 | 88 | RESPONSE TO COURT ORDER by D.V.D., E.F.D., M.M., O.C.G. re 83 Order,,, . (Realmuto, Trina) (Entered: 05/05/2025) |
|---|---|---|
| 05/07/2025 | 89 | Emergency MOTION for Temporary Restraining Order by D.V.D., E.F.D., M.M., O.C.G.. (Attachments: # 1 Text of Proposed Order)(Realmuto, Trina) (Entered: 05/07/2025) |
| 05/07/2025 | 90 | AFFIDAVIT of Trina Realmuto re 89 Emergency MOTION for Temporary Restraining Order by D.V.D., E.F.D., M.M., O.C.G.. (Attachments: # 1 Exhibit A - Media Articles, # 2 Exhibit B - Dan and Nguyen Emails, # 3 Exhibit C - TRLA Emails, # 4 Exhibit D - Sinodis Emails, # 5 Exhibit E - Counsel Emails, # 6 Exhibit F - X Post)(Realmuto, Trina) (Entered: 05/07/2025) |
| 05/07/2025 | 91 | Judge Brian E. Murphy: MEMORANDUM AND ORDER ON 89 PLAINTIFFS' MOTION FOR EMERGENCY RELIEF...Accordingly, the Court construes Plaintiffs' motion as one for clarification...If there is any doubt - the Court sees none - the allegedly imminent removals, as reported by news agencies and as Plaintiffs seek to corroborate with class-member accounts and public information, would clearly violate this Court's Order. (BIB) (Entered: 05/07/2025) |
| 05/07/2025 | 92 | Judge Brian E. Murphy: ELECTRONIC ORDER - After reviewing the parties' proposed discovery plans, the Court ORDERS that: (1) the parties will conduct expedited discovery limited to the issues of (a) the scope and timing of discovery related to the factual circumstances surrounding the removal of the four alleged class members identified in Defendants' April 23, 2025 response (Dkt. 72) that occurred after the issuance of this Court's temporary restraining order on March 28, 2025; (b) the relationship between the Department of Homeland Security and the Department of Defense, including, but not limited to, each agency's role with regards to removals, the management of Guantanamo Bay, and the March 7, 2025 memorandum of understanding between the two agencies; and (c) the facts in the declaration of Tracy J. Huettl (Dkt. 72-1); (2) any deposition notices must be served by May 12, 2025; (3) each side will be limited to twenty-five Requests for Admission, twenty-five Interrogatories, and two sets of Requests for Production, issued by May 14, 2025; (4) any objection, motion to quash, or motion for a protective order must be made within fourteen days of receipt of the discovery request or subpoena, and each request and subpoena should reference this time limit; (5) all responses to requests for production of documents, interrogatories, and admissions shall be completed within thirty days of receipt of the request; and (6) depositions shall be completed by June 26, 2025. (Entered: 05/07/2025) |
| 05/07/2025 | 93 | Judge Brian E. Murphy: ELECTRONIC ORDER - Based on DHS's representations that DoD has been conducting third country removals, allegedly without any involvement of DHS, the Court ORDERS that each party will submit a memorandum of no more than ten pages by May 14, 2025, addressing whether DoD should be joined as a party in this case. Any response, or no more than five pages, should be filed by May 19, 2025. (BIB) (Entered: 05/07/2025) |
| 05/12/2025 | 94 | STIPULATION re 80 Order,,, *Stipulated Proposed Protective Order* by Pamela Bondi, Antone Moniz, Kristi Noem, U.S. Department of Homeland Security. (Larakers, Mary) (Entered: 05/12/2025) |
| 05/12/2025 | 95 | STIPULATION re 80 Order,,, *Stipulated Proposed 502(d) Order* by Pamela Bondi, Antone Moniz, Kristi Noem, U.S. Department of Homeland Security. (Larakers, Mary) (Entered: 05/12/2025) |

| 05/13/2025 | 96 | **Judge Brian E. Murphy: PROTECTIVE ORDER FOR EXPEDITED DISCOVERY RELATED TO PLAINTIFF O.C.G. (ECF NO. 80 ) (BIB) (Entered: 05/13/2025)** |
|---|---|---|
| 05/13/2025 | 97 | **Judge Brian E. Murphy: ORDER entered re 95 - STIPULATED CLAWBACK AGREEMENT AND FEDERAL RULE OF EVIDENCE 502(d) ORDER FOR EXPEDITED DISCOVERY RELATED TO PLAINTIFF O.C.G. (ECF NO. 80) (BIB) (Entered: 05/13/2025)** |
| 05/14/2025 | 98 | RESPONSE TO COURT ORDER by D.V.D., E.F.D., M.M., O.C.G. re 93 Order, . (Macleod-Ball, Kristin) (Entered: 05/14/2025) |
| 05/14/2025 | 99 | EXHIBIT re 98 Response to Court Order by D.V.D., E.F.D., M.M., O.C.G.. (Attachments: # 1 Exhibit A - MOU, # 2 Exhibit B - Sinodis Dec., # 3 Exhibit C - Nguyen Dec., # 4 Exhibit D - Macleod-Ball Dec.)(Macleod-Ball, Kristin) (Entered: 05/14/2025) |
| 05/14/2025 | 100 | RESPONSE TO COURT ORDER by Pamela Bondi, Antone Moniz, Kristi Noem, U.S. Department of Homeland Security re 93 Order, . (Seamon, Matthew) (Entered: 05/14/2025) |
| 05/16/2025 | 101 | Transcript of Status Conference held on April 28, 2025, before Judge Brian E. Murphy. COA Case No. 25-1393 and 25-1311. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Jessica Leonard at jessica@wickedsteno.com. Redaction Request due 6/6/2025. Redacted Transcript Deadline set for 6/16/2025. Release of Transcript Restriction set for 8/14/2025. (DRK) (Entered: 05/16/2025) |
| 05/16/2025 | 102 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at https://www.mad.uscourts.gov/caseinfo/transcripts.htm (DRK) (Entered: 05/16/2025) |
| 05/16/2025 | 103 | Defendant's Notice of Errata (Attachments: # 1 Exhibit A)(Larakers, Mary) (Attachment 1 replaced on 5/17/2025) (BIB). (Entered: 05/16/2025) |
| 05/18/2025 | 104 | Emergency MOTION for Temporary Restraining Order *and Preliminary Injunction* by O.C.G.. (Attachments: # 1 Text of Proposed Order)(Realmuto, Trina) (Entered: 05/18/2025) |
| 05/18/2025 | 105 | MEMORANDUM in Support re 104 Emergency MOTION for Temporary Restraining Order *and Preliminary Injunction* filed by O.C.G.. (Attachments: # 1 Exhibit A - Emails, # 2 Exhibit B - Articles)(Realmuto, Trina) (Entered: 05/18/2025) |
| 05/19/2025 | 106 | DECLARATION re 104 Emergency MOTION for Temporary Restraining Order *and Preliminary Injunction*, 105 Memorandum in Support of Motion by O.C.G.. (Attachments: # 1 Exhibit A - Dfs.' Amended Discovery Responses)(Realmuto, Trina) (Entered: 05/19/2025) |
| 05/19/2025 | 107 | RESPONSE TO COURT ORDER by D.V.D., E.F.D., M.M., O.C.G. re 93 Order, . (Macleod-Ball, Kristin) (Entered: 05/19/2025) |
| 05/19/2025 | 108 | RESPONSE TO COURT ORDER by Pamela Bondi, Antone Moniz, Kristi Noem, U.S. Department of Homeland Security re 93 Order, . (Seamon, Matthew) (Entered: 05/19/2025) |

| | | |
|---|---|---|
| 05/19/2025 | 109 | **NOTICE OF MOTION HEARING:** Hearing on 104 Emergency Motion for Temporary Restraining Order and Preliminary Injunction is SCHEDULED for 5/21/2025 at 1:00 p.m. in Courtroom 12 (In person only) before Judge Brian E. Murphy.<br><br>Defendants shall file their opposition to the Motion for Temporary Restraining Order no later than 5:00 p.m. on 5/20/2025. (BIB) (Entered: 05/19/2025) |
| 05/20/2025 | 110 | NOTICE OF MANUAL FILING by D.V.D., E.F.D., M.M., O.C.G. re 104 Emergency MOTION for Temporary Restraining Order *and Preliminary Injunction* (Attachments: # 1 Exhibit A - Cover Sheet)(Macleod-Ball, Kristin) (Additional attachment(s) added on 5/20/2025: # 2 SEALED Declaration of Glenda Aldana Madrid re Transcript of 6/17/24 (and attached transcription), # 3 SEALED Declaration of Anwen Hughes re Transcript of 2/19/25 (and attached transcription)) (CAM). (Entered: 05/20/2025) |
| 05/20/2025 | 111 | Emergency MOTION for Temporary Restraining Order *and Preliminary Injunction* by D.V.D., E.F.D., M.M., O.C.G.. (Attachments: # 1 Text of Proposed Order) (Realmuto, Trina) (Entered: 05/20/2025) |
| 05/20/2025 | 112 | Emergency MEMORANDUM in Support re 111 Emergency MOTION for Temporary Restraining Order *and Preliminary Injunction* filed by D.V.D., E.F.D., M.M., O.C.G.. (Attachments: # 1 Exhibit 1 - Brown Declaration, # 2 Exhibit 2 - South Sudan DOS Report, # 3 Exhibit 3 - Aldana Madrid Declaration)(Realmuto, Trina) (Entered: 05/20/2025) |
| 05/20/2025 | 113 | RESPONSE to Motion re 104 Emergency MOTION for Temporary Restraining Order *and Preliminary Injunction* filed by Pamela Bondi, Antone Moniz, Kristi Noem, U.S. Department of Homeland Security. (Larakers, Mary) (Additional attachment(s) added on 5/27/2025: # 1 Unredacted Opposition - SEALED) (MBM). (Entered: 05/20/2025) |
| 05/20/2025 | 114 | **NOTICE RE MOTION HEARING - TIME CHANGE:** Hearing on Motion 111 Emergency MOTION for Temporary Restraining Order and Preliminary Injunction and 104 Emergency MOTION for Temporary Restraining Order and Preliminary Injunction is SCHEDULED for 5/21/2025 at 11:00 a.m. in Courtroom 12 (In person with remote access provided) before Judge Brian E. Murphy.<br><br>Audio access to the hearing may be available to the media and public. Please check the Court schedule. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html.<br><br>For questions regarding access to hearings, you may refer to the general orders and public notices of the Court available on www.mad.uscourts.gov or contact the session here.<br><br>(BIB) (Entered: 05/20/2025) |
| 05/20/2025 | 115 | Clerk's Notes for Motion Hearing held before Judge Brian E. Murphy: Argument heard re 111 Emergency MOTION for Temporary Restraining Order and Preliminary Injunction and whether the defendants are in violation of the Preliminary Injunction Order previously issued by the Court. Court to issue further Orders as stated during the course of the hearing. Hearing continued until tomorrow 5/21/2025 at 11:00 a.m.<br>(Court Reporter: Debra Kane at debrakane0711@gmail.com.)(Attorneys present: |

| | | Realmuto, Hughes, Adams, Kenney, Kang, Korthuis, Madrid, Perez, Larakers, AUSA Farquhar, Mazzara) (BIB) (Entered: 05/20/2025) |
|---|---|---|
| 05/20/2025 | 116 | Judge Brian E. Murphy: ORDER...At today's emergency hearing, the Court ordered Defendants to maintain custody and control of class members currently being removed to South Sudan or to any other third country, to ensure the practical feasibility of return if the Court finds that such removals were unlawful. While the Court leaves the practicalities of compliance to Defendants' discretion, Defendants have ensured, and the Court expects, that class members will be treated humanely.<br><br>The Court has further ordered that Defendants be prepared at tomorrow's prescheduled hearing to identify by name the affected class members and to address: (1) the time and manner of notice each individual received as to their third-country removal; and (2) what opportunity each individual had to raise a fear-based claim. In the event that Defendants determine that N.M. is not a class member, or was otherwise removed to any country other than South Sudan, Defendants must nonetheless be prepared to address the details of his removal, including when and to where he was removed, the names of individuals personally involved in executing his removal, and any information currently in Defendants' possession regarding his current whereabouts.<br>(BIB) (Entered: 05/20/2025) |
| 05/21/2025 | 117 | Clerk's Notes for Motion Hearing held in-person with remote access before Judge Brian E. Murphy: Marcos Charles and Joseph Mazzara placed under oath. At the request of counsel, the Court conducts a sealed hearing with counsel and Marcos Charles. Argument heard in open court on 104 Motion for TRO and 111 Motion for TRO. Court discusses clarifying the Preliminary Injunction currently in place. Defendants to file further declarations addressing the issues raised by the court. Argument heard on the joinder of DoD and if plaintiff decides to pursue the addition of DoD, plaintiff shall file a motion to amend the complaint. Defendants' answer to the complaint extended for 6 weeks (7/2/2025) Court will consider scheduling an evidentiary hearing if necessary re the Affidavit of Brian Ortega and metadata issues. Motions taken under advisement. Orders to be issued.<br>(Court Reporter: Jessica Leonard at jessica@wickedsteno.com.)(Attorneys present: Realmuto, Macleod-Ball, Arango, Hughes, Seamons (in-person) Kang, Adams, Kenney, Korhuis, Madrid, Ryan, Larakers, Perez, Ensign (by zoom)) (BIB) (Entered: 05/21/2025) |
| 05/21/2025 | 118 | Judge Brian E. Murphy: MEMORANDUM ON PRELIMINARY INJUNCTION entered.<br>(BIB) (Entered: 05/21/2025) |
| 05/21/2025 | 119 | Judge Brian E. Murphy: ORDER ON REMEDY FOR VIOLATION OF PRELIMINARY INJUNCTION entered. (BIB) (Entered: 05/21/2025) |
| 05/21/2025 | 120 | Judge Brian E. Murphy: ELECTRONIC ORDER regarding potential additional violation of court order: Defendants must submit by 5:00 p.m. on May 22, 2025, under the pains and penalties of perjury, a declaration as to the facts and circumstances related to the removal of N.M., including, but not limited to: (1) the date and time at which Defendants determined that it would be "impracticable, inadvisable, or impossible," 8 U.S.C. s. 1231(b)(1)(C)(iv), to remove N.M. to Burma; (2) the bases for Defendants' determination that it would be "impracticable, inadvisable, or impossible" to remove N.M. to Burma; (3) whether Defendants still plan to remove N.M. to Burma; (4) the bases for Defendants' determination on May 20, 2025 that it was no longer "impracticable, inadvisable, or impossible" to remove N.M. to Burma; (5) the specific time as to when Defendants determined that it was |

| | | |
|---|---|---|
| | | no longer "impracticable, inadvisable, or impossible" to remove N.M. to Burma; and (6) what changed between the Defendants' initial and new determinations as to the feasibility of removal to Burma.(BIB) (Entered: 05/21/2025) |
| 05/21/2025 | 121 | Judge Brian E. Murphy: ELECTRONIC ORDER regarding chain refoulment: Defendants must submit by 5:00 p.m. on May 22, 2025, under the pains and penalties of perjury, a declaration addressing the news reports regarding statements made by South Sudan's police spokesperson, Maj. Gen. James Monday Enoka, that if migrants arrive in South Sudan, they would be investigated and "redeported to their correct country" if found not to be South Sudanese, and whether this implicates the prohibition against chain refoulement. (BIB) (Entered: 05/21/2025) |
| 05/21/2025 | 122 | Judge Brian E. Murphy: ELECTRONIC ORDER regarding preliminary injunction compliance: Defendants must submit by 5:00 p.m. on May 28, 2025, under the pains and penalties of perjury, a declaration from an attorney of record in this case that certifies: (1) that notice of the clarified preliminary injunction (Dkt. 118) has been provided to all persons involved in the removal process; and (2) that all individuals potentially involved in any removal that may implicate this order have been told that failure to comply with the terms of the preliminary injunction may subject them to civil or criminal contempt. (BIB) (Entered: 05/21/2025) |
| 05/22/2025 | 123 | DECLARATION re 104 Emergency MOTION for Temporary Restraining Order *and Preliminary Injunction* by O.C.G.. (Korthuis, Aaron) (Additional attachment(s) added on 5/23/2025: # 1 Unredacted OCG Decalaration - SEALED) (CAM). (Entered: 05/22/2025) |
| 05/22/2025 | 124 | RESPONSE TO COURT ORDER by Pamela Bondi, Antone Moniz, Kristi Noem, U.S. Department of Homeland Security re 121 Order,, . (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Larakers, Mary) (Additional attachment(s) added on 5/23/2025: # 3 Unredacted Exhibit A - SEALED, # 4 Unredacted Exhibit B - SEALED) (CAM). (Entered: 05/22/2025) |
| 05/22/2025 | 125 | DECLARATION re 120 Order,,,, by Pamela Bondi, Antone Moniz, Kristi Noem, U.S. Department of Homeland Security. (Larakers, Mary) (Additional attachment(s) added on 5/23/2025: # 1 Unredacted Declaration - SEALED) (CAM). (Entered: 05/22/2025) |
| 05/22/2025 | 126 | Transcript of Hearing via Videoconference held on May 20, 2025, before Judge Brian E. Murphy. COA Case No. 25-1393 and 25-1311. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Debra Kane at debrakane0711@gmail.com. Redaction Request due 6/12/2025. Redacted Transcript Deadline set for 6/23/2025. Release of Transcript Restriction set for 8/20/2025. (DRK) (Entered: 05/22/2025) |
| 05/22/2025 | 127 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at https://www.mad.uscourts.gov/caseinfo/transcripts.htm (DRK) (Entered: 05/23/2025) |
| 05/23/2025 | 129 | DECLARATION re 124 Response to Court Order, by Pamela Bondi, Antone Moniz, Kristi Noem, U.S. Department of Homeland Security. (Attachments: # 1 Exhibit) (Larakers, Mary) (Additional attachment(s) added on 5/27/2025: # 2 Unredacted Exhibit) (MBM). (Entered: 05/23/2025) |

| 05/23/2025 | 130 | MOTION for Reconsideration re 116 Order,,,,, 118 Order, 119 Order , MOTION to Stay ( Responses due by 6/6/2025) by Pamela Bondi, Antone Moniz, Kristi Noem, U.S. Department of Homeland Security. (Attachments: # 1 Exhibit Rubio Declaration, # 2 Exhibit Ripa Declaration)(Seamon, Matthew) (Additional attachment(s) added on 5/27/2025: # 3 Unredacted Motion to Reconsider SEALED, # 4 Unredacted Ripa Declaration SEALED) (MBM). (Entered: 05/23/2025) |
|---|---|---|
| 05/23/2025 | 131 | MOTION to Seal *Unopposed* by Pamela Bondi, Antone Moniz, Kristi Noem, U.S. Department of Homeland Security.(Larakers, Mary) (Entered: 05/23/2025) |
| 05/23/2025 | 132 | Judge Brian E. Murphy: MEMORANDUM AND ORDER ON 104 PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION...The Court finds that all four preliminary injunction factors weigh in favor of granting the injunction. Accordingly, Plaintiffs' motion for preliminary injunction is GRANTED. Defendants are hereby ORDERED to take all immediate steps, including coordinating with Plaintiff's counsel, to facilitate the return of O.C.G. to the United States. Defendants shall file a status report within five days of this Order updating the Court as to the status of O.C.G.'s return... (BIB) (Entered: 05/23/2025) |
| 05/23/2025 | 133 | Judge Brian E. Murphy: ELECTRONIC ORDER finding as moot 111 Emergency MOTION for Temporary Restraining Order and Preliminary Injunction, in light of the Court's findings, see ECF# 118 and 119 . (BIB) (Entered: 05/23/2025) |
| 05/23/2025 | 134 | Judge Brian E. Murphy: ELECTRONIC ORDER granting 131 Defendants' Unopposed Motion to Seal Declaration. (BIB) (Entered: 05/23/2025) |
| 05/26/2025 | 135 | Judge Brian E. Murphy: MEMORANDUM AND ORDER ON DEFENDANTS' MOTIONS FOR RECONSIDERATION AND STAY...For the foregoing reasons, 130 Defendants' motions for reconsideration and for stay pending appeal are DENIED.(BIB) (Entered: 05/26/2025) |
| 05/27/2025 | 140 | Consent MOTION for Extension of Time to May 30, 2025 to File Discovery Motions by Pamela Bondi, Antone Moniz, Kristi Noem, U.S. Department of Homeland Security.(Larakers, Mary) (Entered: 05/27/2025) |
| 05/28/2025 | 141 | Judge Brian E. Murphy: ELECTRONIC ORDER granting 140 Consent Motion for Extension of Time to May 30, 2025 to File Discovery Motions. (BIB) (Entered: 05/28/2025) |
| 05/28/2025 | 142 | DECLARATION re 122 Order,, by Pamela Bondi, Antone Moniz, Kristi Noem, U.S. Department of Homeland Security. (Perez, Elianis) (Entered: 05/28/2025) |
| 05/28/2025 | 143 | STATUS REPORT *Regarding O.C.G.* by Pamela Bondi, Antone Moniz, Kristi Noem, U.S. Department of Homeland Security. (Seamon, Matthew) (Entered: 05/28/2025) |
| 05/30/2025 | 145 | Transcript of Motion Hearing (Sealed Portion Removed) held on May 21, 2025, before Judge Brian E. Murphy. COA Case No. 25-1393 and 25-1311. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Jessica Leonard at jessica@wickedsteno.com. Redaction Request due 6/20/2025. Redacted Transcript Deadline set for 6/30/2025. Release of Transcript Restriction set for 8/28/2025. (DRK) (Entered: 05/30/2025) |
| 05/30/2025 | 146 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at |

| | | |
|---|---|---|
| | | https://www.mad.uscourts.gov/caseinfo/transcripts.htm (DRK) (Entered: 05/30/2025) |
| 05/30/2025 | 147 | Proposed Document(s) submitted by D.V.D., E.F.D., M.M., O.C.G.. Document received: Proposed Protective Order. (Kang, Leila) (Entered: 05/30/2025) |
| 05/30/2025 | 148 | MOTION for Protective Order , MOTION to Quash ( Responses due by 6/13/2025) by Pamela Bondi, Antone Moniz, Kristi Noem, U.S. Department of Homeland Security.(Seamon, Matthew) (Additional attachment(s) added on 6/2/2025: # 1 Exhibit A SEALED, # 2 Exhibit B SEALED, # 3 Exhibit C SEALED) (MBM). (Entered: 05/30/2025) |
| 06/02/2025 | 149 | Supplemental Record on Appeal transmitted to US Court of Appeals re 35 Notice of Appeal, 69 Notice of Appeal, Documents included: ECF Nos. 116, 118, 119, 132, and 135 (MAP) (Entered: 06/02/2025) |
| 06/02/2025 | 150 | RESPONSE TO COURT ORDER by Pamela Bondi, Antone Moniz, Kristi Noem, U.S. Department of Homeland Security re 119 Order . (Larakers, Mary) (Entered: 06/02/2025) |
| 06/05/2025 | 151 | DECLARATION re 150 Response to Court Order by Pamela Bondi, Antone Moniz, Kristi Noem, U.S. Department of Homeland Security. (Perez, Elianis) (Entered: 06/05/2025) |
| 06/06/2025 | 152 | STATUS REPORT *Regarding Motion for Protective Order (ECF No. 148)* by Pamela Bondi, Antone Moniz, Kristi Noem, U.S. Department of Homeland Security. (Seamon, Matthew) (Entered: 06/06/2025) |
| 06/09/2025 | 153 | RESPONSE TO COURT ORDER by Pamela Bondi, Antone Moniz, Kristi Noem, U.S. Department of Homeland Security re 119 Order . (Seamon, Matthew) (Entered: 06/09/2025) |
| 06/10/2025 | 154 | MOTION for Leave to Appear Pro Hac Vice for admission of Inyoung Hwang Filing fee: $ 125, receipt number AMADC-11059744 by D.V.D., E.F.D., M.M., O.C.G.. (Attachments: # 1 Exhibit A - Hwang Declaration)(Arango, Tomas) (Entered: 06/10/2025) |
| 06/10/2025 | 155 | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting 154 Motion for Leave to Appear Pro Hac Vice of Inyoung Hwang.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen-pro-hac-vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(CAM) (Entered: 06/10/2025) |
| 06/12/2025 | 156 | STIPULATION *for Amended Discovery Schedule* by Pamela Bondi, Antone Moniz, Kristi Noem, U.S. Department of Homeland Security. (Seamon, Matthew) (Entered: 06/12/2025) |

| 06/13/2025 | 157 | Judge Brian E. Murphy: ELECTRONIC ORDER adopting the 156 Joint Stipulation for Amended Discovery Schedule and withdrawing 148 Defendants' Motion for Protective Order. (BIB) (Entered: 06/13/2025) |
|---|---|---|
| 06/13/2025 | 158 | NOTICE of Withdrawal of Appearance by Tomas Arango (Arango, Tomas) (Entered: 06/13/2025) |
| 06/13/2025 | 159 | MOTION to Intervene *and Unseal Court Records* by The New York Times Company, American Broadcasting Companies, Inc. d/b/a ABC News, Cable News Network, Inc., Dow Jones & Company, Inc., National Public Radio, Inc., Reuters News & Media Inc., WP Company LLC d/b/a The Washington Post. (Attachments: # 1 Proposed Order)(Hatfield, Christopher) (Entered: 06/13/2025) |
| 06/13/2025 | 160 | CORPORATE DISCLOSURE STATEMENT by American Broadcasting Companies, Inc. d/b/a ABC News, Cable News Network, Inc., Dow Jones & Company, Inc., National Public Radio, Inc., Reuters News & Media Inc., The New York Times Company, WP Company LLC d/b/a The Washington Post identifying Corporate Parent Nash Holdings LLC for WP Company LLC d/b/a The Washington Post; Corporate Parent Ruby Newco, LLC, Corporate Parent News Preferred Holdings, Inc., Corporate Parent News Corporation for Dow Jones & Company, Inc.; Corporate Parent The Walt Disney Company for American Broadcasting Companies, Inc. d/b/a ABC News; Corporate Parent Thomson Reuters U.S. LLC, Corporate Parent Thomson Reuters Corporation for Reuters News & Media Inc.; Corporate Parent Warner Bros. Discovery, Inc. for Cable News Network, Inc... (Hatfield, Christopher) (Entered: 06/13/2025) |
| 06/13/2025 | 161 | MOTION for Leave to Appear Pro Hac Vice for admission of Maxwell S. Mishkin Filing fee: $ 125, receipt number AMADC-11067179 by American Broadcasting Companies, Inc. d/b/a ABC News, Cable News Network, Inc., Dow Jones & Company, Inc., National Public Radio, Inc., Reuters News & Media Inc., The New York Times Company, WP Company LLC d/b/a The Washington Post. (Attachments: # 1 Certificate of Good Standing)(Hatfield, Christopher) (Entered: 06/13/2025) |
| 06/13/2025 | 162 | MOTION for Leave to Appear Pro Hac Vice for admission of Isabella Salomo Nascimento Filing fee: $ 125, receipt number AMADC-11067201 by American Broadcasting Companies, Inc. d/b/a ABC News, Cable News Network, Inc., Dow Jones & Company, Inc., National Public Radio, Inc., Reuters News & Media Inc., The New York Times Company, WP Company LLC d/b/a The Washington Post. (Attachments: # 1 Certificate of Good Standing)(Hatfield, Christopher) (Entered: 06/13/2025) |
| 06/13/2025 | 163 | MEMORANDUM in Support re 159 MOTION to Intervene *and Unseal Court Records* filed by American Broadcasting Companies, Inc. d/b/a ABC News, Pamela Bondi, Dow Jones & Company, Inc., National Public Radio, Inc., Reuters News & Media Inc., The New York Times Company, U.S. Department of Homeland Security, WP Company LLC d/b/a The Washington Post. (Attachments: # 1 Decl. of C. Hatfield, # 2 Ex. A to Hatfield Decl.)(Hatfield, Christopher) (Entered: 06/13/2025) |
| 06/13/2025 | 164 | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting 161 Motion for Leave to Appear Pro Hac Vice Added Maxwell S. Mishkin. <br><br> **Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account. You must put the docket number** |

| | | |
|---|---|---|
| | | **under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen-pro-hac-vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br>(MBM) (Entered: 06/13/2025) |
| 06/13/2025 | 165 | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting 162 Motion for Leave to Appear Pro Hac Vice Added Isabella Salomo Nascimento.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen-pro-hac-vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(MBM) (Entered: 06/13/2025) |
| 06/13/2025 | 166 | STIPULATION re 92 Order,,,,,, *Clawback Agreement and FRE 502(d) Proposed Order* by Pamela Bondi, Antone Moniz, Kristi Noem, U.S. Department of Homeland Security. (Larakers, Mary) (Entered: 06/13/2025) |
| 06/16/2025 | 167 | RESPONSE to Motion re 159 MOTION to Intervene *and Unseal Court Records* filed by D.V.D., E.F.D., M.M., O.C.G.. (Realmuto, Trina) (Entered: 06/16/2025) |
| 06/16/2025 | 168 | NOTICE of Appearance by Inyoung Hwang on behalf of D.V.D., E.F.D., M.M., O.C.G. (Hwang, Inyoung) (Entered: 06/16/2025) |
| 06/16/2025 | 169 | Judge Brian E. Murphy: ORDER entered. re 166 Stipulated Clawback Agreement and Federal Rule of Evidence 502(d) Order for Expedited Discovery Related to Alleged TRO Violation (ECF No. 92 ) (MBM) (Entered: 06/16/2025) |
| 06/16/2025 | 170 | NOTICE of Appearance by Maxwell Mishkin on behalf of American Broadcasting Companies, Inc. d/b/a ABC News, Cable News Network, Inc., Dow Jones & Company, Inc., National Public Radio, Inc., Reuters News & Media Inc., The New York Times Company, WP Company LLC d/b/a The Washington Post (Mishkin, Maxwell) (Entered: 06/16/2025) |
| 06/16/2025 | 171 | NOTICE of Appearance by Isabella Salomao Nascimento on behalf of American Broadcasting Companies, Inc. d/b/a ABC News, Cable News Network, Inc., Dow Jones & Company, Inc., National Public Radio, Inc., Reuters News & Media Inc., The New York Times Company, WP Company LLC d/b/a The Washington Post (Salomao Nascimento, Isabella) (Entered: 06/16/2025) |
| 06/16/2025 | 172 | STATUS REPORT by Pamela Bondi, Antone Moniz, Kristi Noem, U.S. Department of Homeland Security. (Larakers, Mary) (Entered: 06/16/2025) |

| 06/23/2025 | 173 | STATUS REPORT by Pamela Bondi, Antone Moniz, Kristi Noem, U.S. Department of Homeland Security. (Larakers, Mary) (Entered: 06/23/2025) |
|---|---|---|
| 06/23/2025 | 174 | Emergency MOTION to Enforce Judgment *(Dkt. 119)*, Emergency MOTION for Temporary Restraining Order , MOTION for Preliminary Injunction by D.V.D., E.F.D., M.M., O.C.G.. (Attachments: # 1 Text of Proposed Order)(Realmuto, Trina) (Entered: 06/23/2025) |
| 06/23/2025 | 175 | MEMORANDUM in Support re 174 Emergency MOTION to Enforce Judgment *(Dkt. 119)*Emergency MOTION for Temporary Restraining Order MOTION for Preliminary Injunction filed by D.V.D., E.F.D., M.M., O.C.G.. (Attachments: # 1 Exhibit A - Hughes Declaration, # 2 Exhibit B - Newhouse Declaration)(Realmuto, Trina) (Entered: 06/23/2025) |
| 06/23/2025 | 176 | Judge Brian E. Murphy: ELECTRONIC ORDER ENTERED. Plaintiffs' Emergency Motion, Dkt. 174, is DENIED as unnecessary, subject to the below. The Court's May 21, 2025 Order on Remedy, Dkt. 119, remains in full force and effect, notwithstanding today's stay of the Preliminary Injunction. *DHS v. D.V.D.*, No. 24A1153, slip op. at 12 (S. Ct. Jun. 23, 2025) (Sotomayor, J., dissenting) ("[T]he District Court's remedial orders [were] not properly before [the Supreme] Court because the Government has not appealed them, nor sought a stay pending a forthcoming appeal."). For the avoidance of doubt, and to the extent Plaintiffs N.M. and D.D. are indeed subject to third-country removal, *see* Dkt. 175 at 5-7, N.M. and D.D. are included among the individuals referenced in the May 21, 2025 Order. (BAH) Modified on 6/23/2025 (PK). (Entered: 06/23/2025) |
| 06/23/2025 | 183 | UNITED STATES SUPEREME COURT OPINION: The application for stay presented to Justice Jackson and by her referred to the Court is granted. (MAP) (Entered: 07/01/2025) |
| 06/25/2025 | 177 | Joint MOTION for Extension of Time to July 7, 2025 to File Response/Reply as to 163 Memorandum in Support of Motion, 159 MOTION to Intervene *and Unseal Court Records and Intervenors to File Reply by 7/18/25* by Pamela Bondi, Antone Moniz, Kristi Noem, U.S. Department of Homeland Security.(Larakers, Mary) (Entered: 06/25/2025) |
| 06/27/2025 | 178 | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting 177 Joint MOTION for Extension of Time to July 7, 2025 to File Response/Reply as to 163 Memorandum in Support of Motion, 159 MOTION to Intervene and Unseal Court Records and Intervenors to File Reply by 7/18/25. (MBM) (Entered: 06/27/2025) |
| 06/30/2025 | 179 | STATUS REPORT by Pamela Bondi, Antone Moniz, Kristi Noem, U.S. Department of Homeland Security. (Larakers, Mary) (Entered: 06/30/2025) |
| 06/30/2025 | 180 | NOTICE OF APPEAL as to 116 Order,,,,, 118 Order, 86 Order,,,,,,, 64 Memorandum & ORDER,,,, 135 Order on Motion for Reconsideration,, Order on Motion to Stay, 176 Order on Motion to Enforce Judgment,,,, Order on Motion for TRO,,,, Order on Motion for Preliminary Injunction,,, 119 Order, 132 Order on Motion for TRO, 91 Order on Motion for TRO, by Pamela Bondi, Antone Moniz, Kristi Noem, U.S. Department of Homeland Security. Fee Status: US Government.<br><br>NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov MUST be completed and submitted to the Court of Appeals. **Counsel shall register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also review the First Circuit requirements for electronic filing by visiting the CM/ECF** |

| | | |
|---|---|---|
| | | **Information section at <u>http://www.ca1.uscourts.gov/cmecf</u>. US District Court Clerk to deliver official record to Court of Appeals by 7/21/2025. (Larakers, Mary) (Entered: 06/30/2025)** |
| 06/30/2025 | <u>181</u> | USCA Judgment as to <u>35</u> Notice of Appeal, filed by U.S. Department of Homeland Security, Kristi Noem, Antone Moniz, Pamela Bondi (MAP) (Entered: 07/01/2025) |
| 06/30/2025 | <u>182</u> | MANDATE of USCA as to <u>35</u> Notice of Appeal, filed by U.S. Department of Homeland Security, Kristi Noem, Antone Moniz, Pamela Bondi. Appeal <u>35</u> Terminated (MAP) (Entered: 07/01/2025) |
| 07/01/2025 | <u>184</u> | Certified and Transmitted Abbreviated Electronic Record on Appeal to US Court of Appeals re <u>180</u> Notice of Appeal (MAP) (Entered: 07/01/2025) |
| 07/01/2025 | 185 | USCA Case Number 25-1631 for <u>180</u> Notice of Appeal, filed by U.S. Department of Homeland Security, Kristi Noem, Antone Moniz, Pamela Bondi. (MAP) (Entered: 07/01/2025) |
| 07/02/2025 | <u>186</u> | MOTION for Extension of Time to September 5, 2025 to File Answer re <u>1</u> Complaint, by Pamela Bondi, Antone Moniz, Kristi Noem, U.S. Department of Homeland Security.(Larakers, Mary) (Entered: 07/02/2025) |
| 07/03/2025 | 187 | Judge Brian E. Murphy: ELECTRONIC ORDER - Defendants' motion for an extension of time <u>186</u> is GRANTED. The parties shall confer and submit a joint statement regarding discovery and case management, per Local Rule 16.1(d), no later than July 24, 2025. (BIB) (Entered: 07/03/2025) |
| 07/07/2025 | <u>188</u> | MOTION to Seal *Ellis Declaration In Support of Opposition to Intervenors' Motion to Unseal* by Pamela Bondi, Antone Moniz, Kristi Noem, U.S. Department of Homeland Security.(Larakers, Mary) (Additional attachment(s) added on 7/8/2025: # <u>1</u> Exhibit A SEALED) (MBM). (Entered: 07/07/2025) |
| 07/07/2025 | <u>189</u> | Opposition re <u>159</u> MOTION to Intervene *and Unseal Court Records* filed by Pamela Bondi, Antone Moniz, Kristi Noem, U.S. Department of Homeland Security. (Larakers, Mary) (Additional attachment(s) added on 7/8/2025: # <u>1</u> Exhibit Exhibit A SEALED, # <u>2</u> Exhibit Exhibit B SEALED) (MBM). (Entered: 07/07/2025) |
| 07/15/2025 | <u>190</u> | DECLARATION of *Simon Sandoval-Moshenberg* by D.V.D., E.F.D., M.M., O.C.G.. (Attachments: # <u>1</u> Exhibit July 9, 2025 Guidance)(Realmuto, Trina) (Entered: 07/15/2025) |
| 07/15/2025 | <u>191</u> | MOTION for an Indicative Ruling under Rule 62.1 by D.V.D., E.F.D., M.M., O.C.G.. (Attachments: # <u>1</u> Text of Proposed Order)(Realmuto, Trina) (Entered: 07/15/2025) |
| 07/15/2025 | <u>192</u> | MEMORANDUM in Support re <u>191</u> MOTION for an Indicative Ruling under Rule 62.1 filed by D.V.D., E.F.D., M.M., O.C.G.. (Realmuto, Trina) (Entered: 07/15/2025) |
| 07/15/2025 | <u>193</u> | MOTION for Partial Summary Judgment by D.V.D., E.F.D., M.M., O.C.G.. (Attachments: # <u>1</u> Text of Proposed Order)(Realmuto, Trina) (Entered: 07/15/2025) |
| 07/15/2025 | <u>194</u> | MEMORANDUM in Support re <u>193</u> MOTION for Partial Summary Judgment filed by D.V.D., E.F.D., M.M., O.C.G.. (Realmuto, Trina) (Entered: 07/15/2025) |
| 07/15/2025 | <u>195</u> | MOTION to Stay Discovery Related to TRO Compliance and to Expedite Hearing on Plaintiffs' Motion for Partial Summary Judgment by D.V.D., E.F.D., M.M., O.C.G.. (Attachments: # <u>1</u> Text of Proposed Order)(Realmuto, Trina) (Entered: 07/15/2025) |

| 07/17/2025 | 196 | REPLY to Response to 159 MOTION to Intervene *and Unseal Court Records* filed by American Broadcasting Companies, Inc. d/b/a ABC News, Cable News Network, Inc., Dow Jones & Company, Inc., National Public Radio, Inc., Reuters News & Media Inc., The New York Times Company, WP Company LLC d/b/a The Washington Post. (Hatfield, Christopher) (Entered: 07/17/2025) |
|---|---|---|
| 07/18/2025 | 197 | MOTION to Quash , MOTION Relief from Discovery Order ( Responses due by 8/1/2025) by Pamela Bondi, Antone Moniz, U.S. Department of Homeland Security. (Attachments: # 1 Exhibit A: Plaintiffs' Discovery Requests, # 2 Exhibit B: Ortega Declaration, # 3 Text of Proposed Order)(Seamon, Matthew) (Entered: 07/18/2025) |
| 07/23/2025 | 198 | Judge Brian E. Murphy: ELECTRONIC ORDER directing the Parties to meet and confer on Plaintiffs' Motion for an Indicative Rule (Dkt. 191 ) and Motion to Stay Discovery (Dkt. 195 ) and submit a joint status report by 3:00 p.m. on Friday, July 25, 2025. The joint status report should contain a general statement of the parties' positions on each motion, as well as address the impact of a decision on the motion to stay with regards to Defendants' Motion to Quash (Dkt. 197 ). (MBM) (Entered: 07/23/2025) |
| 07/23/2025 | 199 | Judge Brian E. Murphy: ELECTRONIC ORDER entered. REFERRING CASE to Magistrate Judge Donald L. Cabell Referred for: Events Only (e). Motions referred: 159 MOTION to Intervene *and Unseal Court Records*. (MBM) Motions referred to Donald L. Cabell. (Entered: 07/23/2025) |
| 07/23/2025 | 200 | STIPULATION *to Vacate L.R. 16.1(d) Joint Statement Deadline* by Pamela Bondi, Antone Moniz, Kristi Noem, U.S. Department of Homeland Security. (Seamon, Matthew) (Entered: 07/23/2025) |
| 07/23/2025 | 201 | Judge Brian E. Murphy: ELECTRONIC ORDER adopting the 200 Joint Stipulation to Vacate L.R. 16.1(d) Joint Statement Deadlines. The parties shall address a new proposed deadline for filing a L.R. 16.1(d) statement in the joint status report to be filed on Friday, July 25, 2025.(BIB) (Entered: 07/23/2025) |
| 07/25/2025 | 202 | STATUS REPORT *(Joint) Pursuant to Dkt. 198* by Pamela Bondi, Antone Moniz, Kristi Noem, U.S. Department of Homeland Security. (Seamon, Matthew) (Entered: 07/25/2025) |
| 07/29/2025 | 203 | RESPONSE to Motion re 195 MOTION to Stay Discovery Related to TRO Compliance and to Expedite Hearing on Plaintiffs' Motion for Partial Summary Judgment filed by Pamela Bondi, Antone Moniz, Kristi Noem, U.S. Department of Homeland Security. (Seamon, Matthew) (Entered: 07/29/2025) |
| 07/29/2025 | 204 | Opposition re 191 MOTION for an Indicative Ruling under Rule 62.1 filed by Pamela Bondi, Antone Moniz, Kristi Noem, U.S. Department of Homeland Security. (Seamon, Matthew) (Entered: 07/29/2025) |
| 07/30/2025 | 205 | Opposition re 197 MOTION to Quash MOTION Relief from Discovery Order filed by D.V.D., E.F.D., M.M., O.C.G.. (Attachments: # 1 Exhibit Discovery Responses) (Realmuto, Trina) (Entered: 07/30/2025) |
| 08/01/2025 | 206 | MOTION to Stay *Proceedings Pending Appeal* by Pamela Bondi, Antone Moniz, Kristi Noem, U.S. Department of Homeland Security. (Attachments: # 1 Text of Proposed Order)(Seamon, Matthew) (Entered: 08/01/2025) |
| 08/05/2025 | 207 | MOTION for Extension of Time to 21 days after a ruling on Defendants' Motion to Stay Proceedings 206 to File Response/Reply as to 193 MOTION for Partial Summary Judgment by Pamela Bondi, Antone Moniz, Kristi Noem, U.S. |

| | | |
|---|---|---|
| | | Department of Homeland Security. (Attachments: # 1 Text of Proposed Order) (Seamon, Matthew) (Entered: 08/05/2025) |
| 08/05/2025 | 208 | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting 207 Motion for Extension of Time to 21 days after a ruling on Defendants' Motion to Stay Proceedings, 206 , to File Response/Reply as to 193 , MOTION for Partial Summary Judgment. (CAM) (Entered: 08/05/2025) |
| 08/12/2025 | 209 | **NOTICE OF MOTION HEARING:** Hearing on 206 Motion to Stay Proceedings Pending Appeal, 197 Motion to Quash and for Relief from Discovery, 195 Motion to Stay Discovery Related to TRO Compliance and to Expedite Hearing on Plaintiffs' Motion for Partial Summary Judgment and 191 Motion for an Indicative Ruling under Rule 62.1 is SCHEDULED for 8/25/2025 at 2:15 p.m. remotely by Zoom before Judge Brian E. Murphy. (BIB) (Entered: 08/12/2025) |
| 08/14/2025 | 210 | RESPONSE to Motion re 206 MOTION to Stay *Proceedings Pending Appeal* filed by D.V.D., E.F.D., M.M., O.C.G.. (Attachments: # 1 Exhibit MTR Denial) (Realmuto, Trina) (Entered: 08/14/2025) |
| 08/25/2025 | 211 | **CLERK'S NOTES** for Motion Hearing held remotely by Zoom before Judge Brian E. Murphy: Court hears brief argument on 195 Motion to Stay Discovery and GRANTS motion and finds 197 Motion to Quash and Relief from Discovery Order MOOT, in light of the ruling on the Motion to Stay Discovery. Further argument heard on 191 Motion for Indicative Ruling and 206 Motion for Stay Pending Appeal. Motions taken under advisement.<br>(Court Reporter: Rachel Lopez at raeufp@gmail.com.)(Attorneys present: Realmuto, Macleod-Ball, Kenney, Korthuis, Hughes, Madrid, Hwang, Kang, Adams, Seamon, Larakers) (BIB) (Entered: 08/25/2025) |
| 08/28/2025 | 212 | Judge Brian E. Murphy: ORDER entered. MEMORANDUM AND ORDER on Plaintiff's Motion for an Indicative Ruling.<br><br>Plaintiffs' motion for an indicative ruling is GRANTED. This Court would dissolve the preliminary injunction if the First Circuit remanded its appeal for that purpose.<br><br>(MBM) (Entered: 08/28/2025) |

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | |
| D.V.D., et al., ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | Civil Action No. |
| **v.** ) | 25-10676-BEM |
| ) | |
| U.S. DEPARTMENT OF HOMELAND ) | |
| SECURITY, et al., ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

## MEMORANDUM AND ORDER ON
## PLAINTIFFS' MOTION FOR AN INDICATIVE RULING

**MURPHY, J.**

On April 18, 2025, this Court issued a preliminary injunction requiring Defendants to notify class members of their impending third-country removals and to provide a meaningful opportunity for those class members to seek relief under the Convention Against Torture. *D.V.D. v. U.S. Dep't of Homeland Sec.*, 778 F. Supp. 3d 355 (D. Mass. 2025). Plaintiffs now ask this Court to rule that it would dissolve that injunction if given the opportunity. Dkt. 191. Defendants argue that this is gamesmanship—"[i]n essence," according to Defendants, "Plaintiffs seek to prematurely terminate ongoing appellate litigation on the issues raised by their lawsuit, forcibly remand Defendants' pending appeal, and withdraw the preliminary injunction that they sought just a few months ago." Dkt. 204 at 5.

Defendants overstate this Court's power. The "filing of a notice of appeal 'divests a district court of authority to proceed with respect to any matter touching upon, or involved in, the appeal.'" *United States v. Brooks*, 145 F.3d 446, 455 (1st Cir. 1998) (quoting *United States v. Mala*, 7 F.3d 1058, 1061 (1st Cir. 1993)). Defendants have appealed the preliminary injunction, among other

decisions by this Court.  Dkts. 35, 69, 180.  As a result, exclusive jurisdiction lies with the First Circuit to affirm, vacate, or remand those orders.

Notwithstanding, Federal Rule of Civil Procedure 62.1 permits this Court to signal, in the subjunctive, what it "would" do with respect to a hypothetical motion to dissolve the injunction.  *See, e.g.*, *United States v. Maldonado-Rios*, 790 F.3d 62, 64–65 (1st Cir. 2015).  If the Court "states that it would grant the motion . . . the court of appeals may remand for further proceedings but retains jurisdiction unless it expressly dismisses the appeal."  Fed. R. App. P. 12.1.  Turning to the merits, dissolution of an injunction is appropriate where a party shows that "a significant change either in factual conditions or in law" makes relief equitable.  *Agostini v. Felton*, 521 U.S. 203, 215 (1997) (quoting *Rufo v. Inmates of Suffolk Cnty. Jail*, 502 U.S. 367, 384 (1992)).  "A court may recognize subsequent changes in either statutory or decisional law."  *Id.*

Framed thus, the Court believes this an easy decision.  The Supreme Court stayed the injunction, *Dep't of Homeland Sec. v. D.V.D.*, 145 S. Ct. 2153 (2025), presumably upon finding that Defendants "made a strong showing that [they] [were] likely to succeed on the merits," *see Nken v. Holder*, 556 U.S. 418, 434 (2009).  In a subsequent opinion, the Supreme Court implied that the injunction was "erroneously issued."  *Dep't of Homeland Sec. v. D.V.D.*, 145 S. Ct. 2627, 2629 (2025) (quoting *United States v. United Mine Workers of Am.*, 330 U.S. 258, 295 (1947)).  It has moreover been impressed upon this Court that, notwithstanding the preliminary posture of an emergency docket order and an absence of complete reasoning, "when [the Supreme] Court issues a decision, it constitutes a precedent that commands respect."  *Nat'l Insts. of Health v. Am. Pub. Health Ass'n*, 606 U.S. —, 2025 WL 2415669, at *4 (U.S. Aug. 21, 2025) (Gorsuch, J., concurring in part and dissenting in part).  That precedent must extend, at least, to the precise relief at issue in the very same litigation.  Accordingly, if presented with a motion to dissolve the preliminary

injunction, this Court believes that it would have little choice but to recognize these changes in "decisional law" and grant such a motion. *See Agostini*, 521 U.S. at 215.

Given this ruling, "the decision to remand is left to the discretion of the appellate court." *Motorola Sols., Inc. v. Hytera Commc'ns Corp. Ltd.*, 108 F.4th 458, 505 (7th Cir. 2024), *reh'g and reh'g in banc dismissed*, 2024 WL 4416886 (7th Cir. Oct. 4, 2024), *and cert. denied*, 145 S. Ct. 1182 (2025). This Court believes that the case here would benefit from meaningful, swift, and complete appellate review. However, it is simply not obvious which path makes the most sense. The pending appellate litigation could end up a fool's errand, disposed of on a jurisdictional issue not necessarily relevant to the remainder of the case. *See* Dkt. 192 at 10–11 (citing *D.V.D.*, 145 S. Ct. at 2160 (Sotomayor, J., dissenting) (stating that Defendants' argument under 8 U.S.C. § 1252(f)(1) was the "only . . . jurisdictional objection remain[ing] with any force")); *see also D.V.D. v. U.S. Dep't of Homeland Sec.*, No. 25-1393 (1st Cir. May 16, 2025) (raising individual questions predominantly as to 8 U.S.C. § 1252(f)(1)).[1] The inverse could be true as well. *See* Dkt. 204 at 4 ("[T]he weighty legal questions at issue in the appeal . . . are substantively identical to those raised by Plaintiffs' pending Motion for Partial Summary Judgment."). In the meantime, class members may be prevented from seeking viable relief, in and out of this litigation, because of the inoperative injunction. *See, e.g.*, *Ghamelian v. Baker*, 2025 WL 2049981, at *3 (D. Md. July 22, 2025), *reconsideration denied*, 2025 WL 2074155 (D. Md. July 23, 2025) (denying habeas

---

[1] Section 1252(f)(1) withdraws district courts' jurisdiction to "enjoin or restrain the operation of" certain immigration statutes, "other than with respect to the application of such provisions to an individual alien." 8 U.S.C. § 1252(f)(1). Accordingly, at least under that subsection, injunctive relief remains available as to the "individual" named Plaintiffs, *see id.*, and other non-injunctive forms of relief may remain available as to the broader class. *See Brito v. Garland*, 22 F.4th 240, 252 (1st Cir. 2021) ("[D]eclaratory relief remains available under section 1252(f)(1)."); *Garland v. Aleman Gonzalez*, 596 U.S. 543, 571 (2022) (Sotomayor, J., concurring in the judgment and dissenting in part) ("In fairness, the Court's decision is not without limits. For instance, the Court does not purport to hold that § 1252(f)(1) affects courts' ability to 'hold unlawful and set aside agency action, findings, and conclusions' under the Administrative Procedure Act."); *see also Trump v. CASA, Inc.*, 145 S. Ct. 2540, 2567 (2025) (Kavanaugh, J., concurring) (distinguishing injunctive relief from relief under the Administrative Procedure Act).

relief because of petitioner's status as a *D.V.D.* class member). *But see Nguyen v. Scott*, <u>2025 WL 2419288</u>, at *20–21 (W.D. Wash. Aug. 21, 2025) (holding that petitioner's ability to seek relief related to third-country removal was not impacted). The First Circuit is better positioned than this Court to determine the trajectory of its appeal.

I.   <u>**Conclusion**</u>

For the foregoing reasons, Plaintiffs' motion for an indicative ruling is GRANTED. This Court would dissolve the preliminary injunction if the First Circuit remanded its appeal for that purpose.

**So Ordered.**

                                        /s/ Brian E. Murphy
                                        Brian E. Murphy
Dated:  August 28, 2025                 Judge, United States District Court