**Nos. 25-1393, 25-1631**

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT**

---

**D.V.D.; M.M.; E.F.D.; O.C.G.,**

*Plaintiffs – Appellees,*

**v.**

**U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM,**
**Secretary of Department of Homeland Security (DHS); PAMELA BONDI,**
**United States Attorney General; ANTONE MONIZ, Superintendent of the**
**Plymouth County Correctional Facility,**

*Defendants – Appellants.*

---

**MOTION FOR LEAVE TO FILE A BRIEF AS *AMICUS CURIAE*
BY FEDERATION FOR AMERICAN IMMIGRATION REFORM
IN SUPPORT OF DEFENDANTS – APPELLANTS AND REVERSAL**

---

MATT A. CRAPO
CHRISTOPHER J. HAJEC
Federation for American Immigration Reform
25 Massachusetts Ave., NW, Suite 330
Washington, DC 20001
mcrapo@irli.org
(202) 328-7004

Counsel for *Amicus Curiae*
Federation for American Immigration Reform

**MOVANT'S INTEREST**

*Amicus curiae* Federation for American Immigration Reform (FAIR) is a nonprofit corporation and membership organization that was founded in 1979 and has its principal place of business in Washington, D.C. FAIR's mission is to inform the public about the effects of both unlawful and lawful immigration, and to defend American citizens, American workers, and the nation's environment by limiting overall immigration, enhancing border security, and ending illegal immigration. In short, FAIR seeks to protect all Americans against the substantial harms of mass migration by attaining strongly-enforced, patriotic immigration reform. To that end, FAIR has been involved in more 100 legal cases since 1980, either as a party or as *amicus curiae*, in which it has consistently defended American interests against illegal immigration into the United States, and is interested in defending the regulations governing CAT claims in the context of third-country removals and the jurisdictional bars in the Immigration and Nationality Act.

Movant FAIR now seeks leave under Federal Rule of Appellate Procedure 29(a)(3) for leave to file an *amicus* brief in support of Defendants – Appellants and reversal. FAIR sought consent from all parties to file an amicus brief; Defendants – Appellants stated that they consent, but Plaintiffs – Appellees stated that they take

1

"no position" on this motion for leave to file. Attached to this motion is a copy of the proposed *amicus* brief.

## REASONS FOR *AMICUS* BRIEF

In its proffered *amicus* brief, FAIR demonstrates that Plaintiffs fail to show that valid regulations implementing the CAT treaty do not have the force of law or that Defendants' actions do not comply with the regulations. FAIR further demonstrates that the District Court erred in concluding that the jurisdictional bar only applies to claims that Plaintiffs could themselves raise in a petition for review. Both issues are relevant to this appeal and may aid the Court in rendering its decision.

## CONCLUSION

For the foregoing reasons FAIR respectfully requests that the Court grant its motion for leave to file the accompanying brief as *amicus curiae*.

Dated: September 15, 2025          Respectfully submitted,

/s/ Matt Crapo
MATT A. CRAPO
CHRISTOPHER J. HAJEC
Federation for American Immigration Reform
25 Massachusetts Ave., NW, Suite 330
Washington, DC 20001
mcrapo@irli.org
(202) 328-7004

Counsel for *Amicus Curiae*
Federation for American Immigration Reform

2

## CERTIFICATE OF COMPLIANCE

1.      The foregoing motion complies with the type-volume limitation of FED. R. APP. P. 27(d)(2)(A) because:

This motion contains 333 words.

2.      This motion complies with the typeface requirements of FED. R. APP. P. 32(a)(5) and the type style requirements of FED. R. APP. P. 32(a)(6) because:

This motion has been prepared in a proportionally spaced typeface using Microsoft Word 365 in Times New Roman 14-point font.

DATED: September 15, 2025              Respectfully submitted,

                                               s/ Matt Crapo

**CERTIFICATE OF SERVICE**

I certify that on September 15, 2025, I electronically filed the foregoing motion, along with the proposed *amicus* brief, with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

s/ Matt Crapo