# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1393, 25-1631     **Short Title:** D.V.D. v. U.S. DHS, et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>Federation for American Immigration Reform</u> as the

[ ] appellant(s)       [ ] appellee(s)       [✔] amicus curiae

[ ] petitioner(s)      [ ] respondent(s)     [ ] intervenor(s)

<u>/s/ Matt Crapo</u>
Signature

<u>9/15/2025</u>
Date

<u>Matt A. Crapo</u>
Name

<u>Federation for American Immigration Reform</u>
Firm Name (if applicable)

<u>571-435-3582</u>
Telephone Number

<u>25 Massachusetts Ave., NW, Ste. 330</u>
Address

Fax Number

<u>Washington, DC 20001</u>
City, State, Zip Code

<u>mcrapo@irli.org</u>
Email (required)

Court of Appeals Bar Number: <u>1139794</u>

Has this case or any related case previously been on appeal?

[✔] No       [ ] Yes   Court of Appeals No. _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).