No. 25-1393, 25-1631

_____

UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT
_____

D.V.D. *et al.*,

*Plaintiffs-Appellees*,

v.

U.S. Department of Homeland Security *et al.*,

*Defendants-Appellants*.

_____

On Appeal from an Order of the United States District Court
for the District of Massachusetts

_____

**PLAINTIFFS-APPELLEES' MOTION TO ABATE BRIEFING PENDING RESOLUTION OF PLAINTIFFS-APPELLEES' MOTION FOR REMAND**

_____

Matt Adams
Leila Kang
Aaron Korthuis
Glenda M. Aldana Madrid
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104

Anwen Hughes
Human Rights First
75 Broad Street, 31st Floor
New York, NY 10004

Trina Realmuto
Kristin Macleod-Ball
Mary Kenney
National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA 02446

*Counsel for Plaintiffs-Appellees*

Plaintiffs-Appellees respectfully request that this Court hold the briefing schedule for the instant appeal in abeyance pending resolution of the pending motion for remand or, in the alternative, extend the deadline for their answering brief until 30 days after this Court rules on the pending motion for remand. Holding briefing in abeyance is warranted in light of Plaintiffs-Appellees' pending motion to remand based on the District Court's ruling indicating that it would grant their request to dissolve the preliminary injunction at issue in this appeal if this Court were to remand the case for that purpose.

There is good cause to grant this motion. This Court is presently deciding whether to remand this appeal to the District Court to dissolve the very preliminary injunction at issue in this appeal. If the Court grants the remand motion, there will be no further need for briefing on the instant appeal because the matter will be remanded. If the Court denies the remand motion, briefing on this appeal can move forward at that time.

Currently, Plaintiff-Appellees' brief is due on October 8, 2025, with Defendants-Appellants' brief due 14 days after filing of that brief. *See* Fed. R. App. P. 31; Doc. 00118320637. It is in the interest of judicial efficiency not to proceed with briefing the instant appeal until the remand motion is resolved.

Undersigned counsel contacted Defendants-Appellants' counsel who indicated that Defendants oppose this motion.

Accordingly, Plaintiffs-Appellees request that this Court hold the briefing schedule in abeyance or, in the alternative, extend the briefing schedule until 30 days after a ruling on the motion for remand.

Respectfully submitted,

s/ *Trina Realmuto*

Trina Realmuto
Kristin Macleod-Ball
Mary Kenney
NATIONAL IMMIGRATION
   LITIGATION ALLIANCE
10 Griggs Terrace
Brookline, MA, 02446
(617) 819-4447
trina@immigrationlitigation.org

Anwen Hughes
HUMAN RIGHTS FIRST
75 Broad Street, 31st Floor
New York, NY 10004
(212) 845-5244
hughesa@humanrightsfirst.org

Matt Adams
Leila Kang
Aaron Korthuis
Glenda M. Aldana Madrid
NORTHWEST IMMIGRANT
   RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611
matt@nwirp.org

*Attorneys for Plaintiffs-Appellants*

Dated: September 19, 2025

**CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing motion complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion contains 264 words. The motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5) and (6) because it has been prepared using Microsoft Word for Office 365 in proportionally spaced 14-point Times New Roman typeface.

s/ *Trina Realmuto*
Trina Realmuto
trina@immigrationlitigation.org

**CERTIFICATE OF SERVICE**

I, Trina Realmuto, hereby certify that on September 19, 2025, I caused this document to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the First Circuit using the Court's appellate CM/ECF system. Defendants-Appellants' counsel are registered CM/ECF users and will be served via the Notice of Docket Activity through this Court's CM/ECF system.

s/ *Trina Realmuto*
Trina Realmuto
National Immigration Litigation Alliance