# United States Court of Appeals
## For the First Circuit

Nos. 25-1393
 25-1631

D.V.D.; M.M.; E.F.D.; O.C.G.,

Plaintiffs - Appellees,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary of Department of Homeland Security (DHS); PAMELA BONDI, United States Attorney General; ANTONE MONIZ, Superintendent of the Plymouth County Correctional Facility,

Defendants - Appellants.

**ORDER OF COURT**

Entered: September 19, 2025
Pursuant to 1st Cir. R. 27.0(d)

The brief and appendix filed by appellants DHS, Antone Moniz, Kristi Noem, and Pamela J. Bondi on September 8, 2025, are not in compliance with the following Federal Rules of Appellate Procedure:

- **Fed. R. App. P. 32(a)(2)(A) and 32(b)**, requiring that the front covers of the brief and appendix contain the number of the case, centered at the top. *__The front covers of the appellants' brief and appendix must contain both case numbers of this consolidated appeal centered at the top. The numbers of this consolidated appeal are 25-1393 and 25-1631.__*

Appellants DHS, Antone Moniz, Kristi Noem, and Pamela J. Bondi are ordered to file a conforming brief and appendix by **September 26, 2025**. The corrected brief and one copy of the corrected appendix must be served on all parties to the consolidated appeal, and the certificate(s) of service must be updated to include the new date of service. The due date for appellees' brief shall run from service of the corrected brief, in accordance with Fed. R. App. P. 31.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart
Brett Allen Shumate
Abraham R. George
Drew C. Ensign
Elianis N. Perez
Matthew Patrick Seamon
Mary Larakers
Mark Sauter
Trina A. Realmuto
Mary A. Kenney
Kristin Macleod-Ball
Aaron Korthuis
Glenda M. Aldana Madrid
Leila Kang
Matthew H. Adams
Matt A. Crapo
Daniel Cappelletti
Anwen Hughes