# United States Court of Appeals
## For the First Circuit

Nos. 25-1393
    25-1631

D.V.D.; M.M.; E.F.D.; O.C.G.,

Plaintiffs - Appellees,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary of Department of Homeland Security (DHS); PAMELA BONDI, United States Attorney General; ANTONE MONIZ, Superintendent of the Plymouth County Correctional Facility,

Defendants - Appellants.

### ORDER OF COURT

Entered: November 6, 2025
Pursuant to 1st Cir. R. 27.0(d)

No objection having been filed, Federation for American Immigration Reform's motion for leave to file an amicus brief in support of the defendants-appellants and reversal is granted, and the brief is accepted for filing this day.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart
Brett Allen Shumate
Abraham R. George
Drew C. Ensign
Elianis N. Perez
Matthew Patrick Seamon
Mary Larakers
Mark Sauter
Trina A. Realmuto
Mary A. Kenney
Kristin Macleod-Ball
Aaron Korthuis

Glenda M. Aldana Madrid
Leila Kang
Matthew H. Adams
Matt A. Crapo
Daniel Cappelletti
Anwen Hughes