# United States Court of Appeals
## For the First Circuit

_____

Nos.   25-1393
      25-1631

D.V.D.; M.M.; E.F.D.; O.C.G.,

Plaintiffs - Appellees,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary of Department of Homeland Security (DHS); PAMELA BONDI, United States Attorney General; ANTONE MONIZ, Superintendent of the Plymouth County Correctional Facility,

Defendants - Appellants.

_____

**ORDER OF COURT**

Entered: December 5, 2025
Pursuant to 1st Cir. R. 27.0(d)

The brief and proposed supplemental appendix filed by appellees D.V.D., E.F.D., M.M., and O.C.G. on November 19, 2025, are not in compliance with the following Federal Rules of Appellate Procedure:

- **Fed. R. App. P. 32(a)(2)(C) and 32(b)**, requiring that the front cover of the brief and the front cover of an appendix contain the title of the case (see Rule 12(a)). *<u>The caption on the appellees' brief and proposed supplemental appendix does not match the caption used by this court.</u>*

- **Fed. R. App. P. 30 and 1st Cir. R. 30.0**, requiring that the appellant prepare and file an appendix to the briefs unless the appellant is proceeding pro se. *<u>The appellees may file a supplemental appendix only with the permission of the court. Any motion to file a supplemental appendix must indicate the grounds supporting the relief requested as required by Fed. R. App. P. 27(a)(2)(A).</u>*

Appellees D.V.D., E.F.D., M.M., and O.C.G. are ordered to file a conforming brief by **December 12, 2025**. The corrected brief must be served on all parties to the appeal, and the certificate of service must be updated to include the new date of service. The due date for appellants' reply brief shall run from service of the corrected brief, in accordance with Fed. R. App. P. 31.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart
Brett Allen Shumate
Abraham R. George
Drew C. Ensign
Elianis N. Perez
Matthew Patrick Seamon
Mary Larakers
Mark Sauter
Trina A. Realmuto
Mary A. Kenney
Kristin Macleod-Ball
Aaron Korthuis
Glenda M. Aldana Madrid
Leila Kang
Matthew H. Adams
Matt A. Crapo
Daniel Cappelletti
Anwen Hughes