# CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1(a) of the Federal Rules of Appellate Procedure, *amicus curiae* Human Rights Watch makes the following disclosures: Human Rights Watch is a donor-funded, nonprofit nongovernmental organization that has no parent corporation and issues no stock.

Dated: November 26, 2025   */s/ Michael Garcia Bochenek*
Michael Garcia Bochenek
Human Rights Watch

# RULE 29(a)(4)(E) STATEMENT

Pursuant to Rule 29(a)(4)(E) of the Federal Rules of Appellate Procedure, *amicus curiae* states that no party's counsel authored this brief in whole or in part; that no party or party's counsel contributed money that was intended to fund preparing or submitting the brief; and that no person other than *amicus curiae*, its members, or its counsel contributed money that was intended to fund preparing or submitting the brief.

Dated: November 26, 2025   */s/ Michael Garcia Bochenek*
Michael Garcia Bochenek
Human Rights Watch