Nos. 25-1393, 25-1631

_____

# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT
_____

D.V.D.; M.M.; E.F.D.; O.C.G.,

Plaintiffs - Appellees,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary of Department of Homeland Security (DHS); PAMELA BONDI, United States Attorney General; ANTONE MONIZ, Superintendent of the Plymouth County Correctional Facility,

Defendants - Appellants.

_____

On Appeal from an Order of the United States District Court
for the District of Massachusetts

_____

**PLAINTIFFS-APPELLEES' UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL APPENDIX**

_____

Matt Adams
Leila Kang
Aaron Korthuis
Glenda M. Aldana Madrid
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104

Anwen Hughes
Human Rights First
121 W. 36th St., PMB 520
New York, NY 10018

Trina Realmuto
Kristin Macleod-Ball
Mary Kenney
National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA 02446
trina@immigrationlitigation.org

*Counsel for Plaintiffs-Appellees*

1

Pursuant to Federal Rule of Appellate Procedure 30 and Local Rule 30.0, Plaintiffs-Appellees move this Court to file the accompanying Supplemental Appendix in the above-referenced consolidated appeal. Defendants-Appellants, through counsel Mary Larakers, consent to this motion.

Plaintiffs-Appellees seek to include six documents to the existing appendices Defendants-Appellants filed, all of which are cited in Plaintiffs-Appellees' Answering Brief. The documents include: (1) Memorandum on Plaintiffs' Motion for a Temporary Restraining Order, Dkt. 40; (2) Defendants' Response to the Court's April 10, 2025 Order (Redacted), Dkt. 72; (3) Declaration in Support of Defendants' Response to the Court's April 10, 2025 Order (Redacted), Dkt 72-1; (4) Electronic Order of April 28, 2025, Dkt. 81; (5) Declaration of Plaintiff O.C.G. in Support of Plaintiffs' Emergency Motion for Temporary Restraining Order and Preliminary Injunction, Dkt. 123; and (6) Memorandum from Todd Lyons, Acting Director, U.S. Immigration and Customs Enforcement, Third Country Removal Following the Supreme Court's Order in *Department of Homeland Security v. D.V.D.*, No. 24A1153 (U.S. June 23, 2025), dated July 9, 2025, Dkt. 190-1.

In part, because this case involves an initial notice of appeal and updated notice of appeal, the parties did not newly confer on the contents of the joint appendix that Defendants-Appellants filed concurrently with their later-filed, and

subsequently accepted, Opening Brief. *See* Docs. 00118344623 (Opening Brief), 00118344630 (Vol. I), 00118344631 (Vol. II). The documents in the supplemental appendix are ones that Plaintiffs-Appellees would have sought to include had that process taken place. For that reason, and because the documents in the supplemental appendix "may be necessary to understand the issues on appeal and to preserve context," L.R. 30.0(c), Plaintiffs-Appellees request leave to file the accompanying Supplemental Appendix.

Respectfully submitted,

s/ *Trina Realmuto*

Trina Realmuto
Kristin Macleod-Ball
Mary Kenney
NATIONAL IMMIGRATION
   LITIGATION ALLIANCE
10 Griggs Terrace
Brookline, MA, 02446
(617) 819-4447
trina@immigrationlitigation.org

Anwen Hughes
HUMAN RIGHTS FIRST
121 W. 36th St., PMB 520
New York, NY 10018
(212) 845-5244
HughesA@humanrightsfirst.org

Matt Adams
Leila Kang
Aaron Korthuis
Glenda M. Aldana Madrid
NORTHWEST IMMIGRANT
   RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611
matt@nwirp.org

*Attorneys for Plaintiffs-Appellees and Class Members*

Dated: December 11, 2025

## CERTIFICATION OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g)(1), I certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), because it contains 278 words.

s/ *Trina Realmuto*
Trina Realmuto
National Immigration Litigation Alliance

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ *Trina Realmuto*
Trina Realmuto
National Immigration Litigation Alliance
