Nos. 25-1393, 25-1631

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

─────────────

D.V.D., *et al.*,

          *Plaintiffs-Appellees*,

v.

U.S. Department of Homeland Security, *et al.*,

          *Defendants-Appellants*.

─────────────

On Appeal from the United States District Court
for the District of Massachusetts

─────────────

**ASSENTED TO MOTION FOR EXTENSION OF TIME
TO FILE REPLY BRIEF**

| | |
|---|---|
| BRETT A. SHUMATE<br>*Assistant Attorney General*<br><br>DREW C. ENSIGN<br>*Deputy Assistant Attorney General*<br><br>ELIANIS N. PEREZ<br>*Assistant Director* | MATTHEW P. SEAMON<br>MARY L. LARAKERS<br>*Senior Litigation Counsel*<br>U.S. Department of Justice,<br>Civil Division<br>Office of Immigration<br>Litigation<br>P.O. Box 868,<br>Ben Franklin Station<br>Washington, DC 20044 |

Pursuant to Federal Rule of Appellate Procedure 27 and First Circuit Local Appellate Rule 31.0, Defendants-Appellants ("Defendants") respectfully move for a thirty (30) day extension of time, up to and including Monday, February 2, 2026, to file their reply brief. This is Defendants' first request for an extension of this deadline. Good cause exists for this motion as follows:

1. Due to the upcoming holidays, both lead counsel for Defendants on this matter have several days of scheduled leave over the next two weeks. Moreover, due to the importance of the issues involved in this appeal, Defendants' brief must undergo several layers of review within the Department of Justice, Department of Homeland Security, and other federal agencies. Many individuals within those agencies are also going to be on leave over the next two weeks.

2. Litigation of this case in the district court continues at a swift pace despite this appeal. On December 8, 2025, the parties completed briefing on Plaintiffs' motion for partial summary judgment and Defendants' motion to dismiss the Complaint. ECF No. 232. On December 16, 2025, the district court heard argument on both motions. ECF No. 236. The parties anticipate a prompt decision on those motions, which, if appealed, would potentially be consolidated with this pending appeal and cause the briefing schedule to be reset.

3. Undersigned counsel for Defendants contacted counsel for Plaintiffs on December 19, 2025, who indicated, via email, that they *consent* to Defendants' request for a thirty (30) day extension of time.

Accordingly, good cause exists for this short extension of time.

Dated: December 19, 2025     Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney General

ELIANIS N. PEREZ
Assistant Director

MARY L. LARAKERS
Senior Litigation Counsel

/s/ *Matthew P. Seamon*
MATTHEW P. SEAMON
(CA Bar # 209349)
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 598-2648
(202) 305-7000 (facsimile)
Matthew.Seamon2@usdoj.gov

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion contains 464 words. The motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5) and (6) because it has been prepared using Microsoft Word 2016 in proportionally spaced 14-point Times New Roman typeface.

*/s/ Matthew P. Seamon*
MATTHEW P. SEAMON