# United States Court of Appeals
## For the First Circuit

Nos. 25-1393
     25-1631

D.V.D.; M.M.; E.F.D.; O.C.G.,

Plaintiffs - Appellees,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary of Department of Homeland Security (DHS); PAMELA BONDI, United States Attorney General; ANTONE MONIZ, Superintendent of the Plymouth County Correctional Facility,

Defendants - Appellants.

**ORDER OF COURT**

Entered: December 19, 2025
Pursuant to 1st Cir. R. 27.0(d)

Appellants' motion for a 30-day extension of time to file a reply brief is allowed <u>in part</u>. The time to file the reply brief is enlarged to **January 26, 2026, only**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart
Brett Allen Shumate
Abraham R. George
Drew C. Ensign
Elianis N. Perez
Matthew Patrick Seamon
Mary Larakers
Mark Sauter
Trina A. Realmuto
Mary A. Kenney
Kristin Macleod-Ball
Aaron Korthuis
Glenda M. Aldana Madrid

Leila Kang
Matthew H. Adams
Matt A. Crapo
Michael Bochenek
Reagan Williams
Ian Matthew Kysel
Daniel Cappelletti
Anwen Hughes