# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1393, 25-1631    **Short Title:** DVD v. DHS

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*: US Department of Homeland Security, Kristi Noem, Pamela J. Bondi, Antone Moniz, as the

[✔] appellant(s)           [ ] appellee(s)           [ ] amicus curiae

[ ] petitioner(s)           [ ] respondent(s)         [ ] intervenor(s)

/s/ Sarah Welch
Signature

1/11/2026
Date

Sarah Welch
Name

U.S. Department of Justice
Firm Name (if applicable)

202-514-3180
Telephone Number

950 Pennsylvania Ave.
Address

Fax Number

Washington, DC 20530
City, State, Zip Code

sarah.e.welch@usdoj.gov
Email (required)

Court of Appeals Bar Number: 1218786

Has this case or any related case previously been on appeal?

[ ] No        [✔] Yes   Court of Appeals No. 25-1311

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).