# United States Court of Appeals
## For the First Circuit

Nos. 25-1393
     25-1631

D.V.D.; M.M.; E.F.D.; O.C.G.,

Plaintiffs - Appellees,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary of Department of Homeland Security (DHS); PAMELA BONDI, United States Attorney General; ANTONE MONIZ, Superintendent of the Plymouth County Correctional Facility,

Defendants - Appellants.

### ORDER OF COURT

Entered: January 14, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration, Attorney Sarah Welch's motion for leave to enter an appearance on behalf of Appellants Pamela J. Bondi, Antone Moniz, U.S. Department of Homeland Security, and Kristi Noem is granted. Attorney Welch's notice of appearance is accepted for filing as of this date.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart
Brett Allen Shumate
Abraham R. George
Drew C. Ensign
Elianis N. Perez
Matthew Patrick Seamon
Mary Larakers
Mark Sauter
Sarah Welch
Trina A. Realmuto
Mary A. Kenney
Kristin Macleod-Ball

Aaron Korthuis
Glenda M. Aldana Madrid
Leila Kang
Matthew H. Adams
Matt A. Crapo
Michael Bochenek
Reagan Williams
Ian Matthew Kysel
Daniel Cappelletti
Anwen Hughes