# United States Court of Appeals
## For the First Circuit

No. 25-1393

D.V.D.; M.M.; E.F.D.; O.C.G.,

Plaintiffs - Appellees,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary of Department of Homeland Security (DHS); PAMELA BONDI, United States Attorney General; ANTONE MONIZ, Superintendent of the Plymouth County Correctional Facility,

Defendants - Appellants.

**ORDER OF COURT**

Entered: January 23, 2026

Having satisfied the requirements of 1st Cir. R. 46.0(f) regarding appearances by eligible law students, Courtney Bell may enter an appearance on behalf of amicus curiae Human Rights Watch.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart
Brett Allen Shumate
Abraham R. George
Drew C. Ensign
Elianis N. Perez
Matthew Patrick Seamon
Mary Larakers
Mark Sauter
Sarah Welch
Trina A. Realmuto
Mary A. Kenney
Kristin Macleod-Ball

Aaron Korthuis
Glenda M. Aldana Madrid
Leila Kang
Matthew H. Adams
Matt A. Crapo
Michael Bochenek
Reagan Williams
Ian Matthew Kysel