# United States Court of Appeals
## For the First Circuit

Nos.   25-1393
       25-1631

D.V.D.; M.M.; E.F.D.; O.C.G.,

Plaintiffs, Appellees,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary of Department of Homeland Security (DHS); PAMELA J. BONDI, United States Attorney General; ANTONE MONIZ, Superintendent of the Plymouth County Correctional Facility,

Defendants, Appellants.

Before

Montecalvo, Howard, and Aframe,
<u>Circuit Judges</u>.

**JUDGMENT**

Entered:  February 20, 2026

This is an appeal of a preliminary injunction benefiting a certified class of noncitizens represented by four individual plaintiffs-appellees, D.V.D., M.M., E.F.D., and O.C.G. Defendants-appellants are the Department of Homeland Security ("DHS"); Kristi Noem, Secretary of DHS; Pamela Bondi, U.S. Attorney General; and Antone Moniz, Superintendent of the Plymouth County Correctional Facility.

At oral argument, the plaintiffs renewed a request that this Court remand the matter to the district court to permit it to dissolve the preliminary injunction in accordance with its earlier indicative ruling that it would do so.  They noted that because the Supreme Court has stayed the preliminary injunction pending our disposition of this appeal and any timely petition for a writ of certiorari seeking to challenge it, the preliminary injunction is effectively inoperative.  Given this procedural posture, the plaintiffs contend that there is little practical value in our evaluating the propriety of the provisional relief that the district court originally ordered.

In our view, the most expeditious and efficient path forward is to terminate this appeal and remand the case so that it may proceed to judgment. Plaintiffs' counsel represented during oral argument that there has been substantial progress toward a judgment in the district court since this appeal was originally noticed. Our review of the district court's docket confirms that representation. Before the district court, there is a pending, fully briefed motion for partial summary judgment and a request for Fed. R. Civ. P. 54(b) certification for the claims subject to that motion. The defendants' lead argument in this appeal for dissolving the preliminary injunction is the unavailability of class-wide injunctive relief under 8 U.S.C. § 1252(f)(1). Our review of the district court docket indicates that the plaintiffs are not seeking the class-wide injunction that they received preliminarily as part of any final relief. Given these circumstances, the defendants did not articulate at oral argument a persuasive explanation for how they would be prejudiced by proceeding in the district court, without receiving a preliminary ruling from this Court. We offer no view, however, on whether the relief that the plaintiffs now appear to seek in the district court, e.g., a set-aside under the Administrative Procedures Act, 5 U.S.C. § 706(2), may be barred by 8 U.S.C. § 1252(f)(1).

Proceeding in the manner just described will allow the district court to dissolve the pending preliminary injunction and continue resolving the other matters presently before it. Depending on the outcomes in the district court, we can then review any remaining legal issues, on which we presently express no view, without the intermediary screen of the "likelihood of success" standard that applies to the pending appeal. That will facilitate more expeditious appellate review and ultimately final resolution of this case. We therefore remand for further proceedings consistent with this judgment.

**The appeal is terminated, and the case is remanded**.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Hon. Brian E. Murphy, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Donald Campbell Lockhart, Brett Allen Shumate, Abraham R. George, Drew C. Ensign, Elianis N. Perez, Matthew Patrick Seamon, Mary Larakers, Mark Sauter, Sarah Welch, Trina A. Realmuto, Mary A. Kenney, Kristin Macleod-Ball, Aaron Korthuis, Glenda M. Aldana Madrid, Leila Kang, Matthew H. Adams, Matt A. Crapo, Michael Bochenek, Reagan Williams, Ian Matthew Kysel, Daniel Cappelletti, Anwen Hughes