# United States Court of Appeals
## For the First Circuit

Nos.    25-1393
        25-1631

D.V.D.; M.M.; E.F.D.; O.C.G.,

Plaintiffs - Appellees,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, Secretary of
Department of Homeland Security (DHS); PAMELA BONDI, United States Attorney General;
ANTONE MONIZ, Superintendent of the Plymouth County Correctional Facility,

Defendants - Appellants.

**MANDATE**

Entered: April 14, 2026

In accordance with the judgment of February 20, 2026, and pursuant to Federal Rule of
Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Matthew H. Adams, Glenda M. Aldana Madrid, Michael Bochenek, Daniel Cappelletti, Matt A.
Crapo, Drew C. Ensign, Abraham R. George, Anwen Hughes, Leila Kang, Mary A. Kenney,
Aaron Korthuis, Ian Matthew Kysel, Mary Larakers, Donald Campbell Lockhart, Kristin
Macleod-Ball, Elianis N. Perez, Trina A. Realmuto, Mark Sauter, Matthew Patrick Seamon, Brett
Allen Shumate, Sarah Welch, Reagan Williams